## IN CIRCUIT COURT OF PRENTISS COUNTY, MISSISSIPPI
## FIRST CIRCUIT DISTRICT

**KRISTOPHER DANIEL MATHEWS**                                         **APPELLANT**

**VERSUS**                                      CAUSE NO. _CV2019-000192 JR_

**CITY OF BOONEVILLE, MISSISSIPPI, AND JOHN**
**DOES ONE THROUGH TEN**                                          **APPELLEE**

---

### NOTICE OF APPEAL

---

Comes Now, Kristopher Daniel Mathews, Appellant herein (hereinafter referred to as "Kris"), by and through undersigned counsel, being aggrieved by the actions of the City of Booneville, Mississippi, and John Does One through Ten, issue this, their Notice of Appeal against the City of Booneville, and John Does One through Ten (hereinafter referred to as the "City") of the decision of the City of Booneville, Mississippi Board of Alderman and Mayor at their monthly board meeting on Tuesday, July 2, 2019 whereby Kris' employment with the City of Booneville as a Lieutenant-Firefighter was terminated; said Notice being filed pursuant to Miss. Code Ann. §11-51-75, and in support thereof would show unto the Court the following:

### I. The Parties

1.      Kris is an adult resident of the State of Mississippi, suffering under no known legal disabilities, who may be served with process in this cause of action, through his undersigned counsel. Kris has resided at 593 Highway 45 North, Rienzi, Prentiss County, Mississippi, 38865 and has lived in Rienzi for over (6) months. Until Tuesday, July 2, 2019, Kris was employed as a firefighter, with the rank of Lieutenant, by the City of Booneville, Mississippi Fire Department.

FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

1

2.    The City of Booneville, Mississippi is an incorporated municipality, within Prentiss County, Mississippi, created under the applicable Mississippi Constitutional provisions and Mississippi Code Sections and per Miss. Code Ann. §11-51-75 may be served in this matter by delivering a copy of the Notice of Appeal to the city clerk or Mayor.

3.    Unknown John Doe Defendants One through Ten are fictious parties representing real parties in interest unknown to the Appellant at the time of the filing of this pleading due to the statutory time limit on the filing of the instant Notice of Appeal, and who may be named in accordance with the terms of Rule 9(h) of the Mississippi Rules of Civil Procedure as they are identified through the course of investigation and discovery in this cause of action.

## II. Jurisdiction and Venue

4.    This Court has jurisdiction over the subject matter of the claims asserted herein and personal jurisdiction over all parties hereto by virtue of the terms of Article VI, §156 of the Constitution of the State of Mississippi of 1879, as amended.  Further, this Court maintains jurisdiction pursuant to Mississippi Code Ann. §11-51-75 as this is an appeal of a decision from a local governing authority.

5.    Venue is proper as the acts and/or omissions of the Appellee occurred wholly or substantially within the confines of the physical boundaries of Prentiss County, Mississippi and all named parties to this litigation reside within Prentiss County and, thereby, within the First Circuit Court District of the State of Mississippi.

6.    The judgment sought in this action exceeds this Court's minimal civil jurisdictional threshold for award of money damages.

### ` III. Background Facts and Allegations

7.    Kris has been employed on a full-time basis by the City of Booneville,



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Mississippi as a Firefighter since on or about September 2007. During that time, Kris has risen to the rank of Lieutenant, a rank that comes with increased responsibilities including, but not limited to, being entrusted with the operation of the city's fire apparatus fleet, and when called upon to do so, "riding-up" as a Captain when the need arises, a rank that denotes command of interior firefighting crews and other leadership roles in which his decisions effect the well-being of multiple firefighters and the general public.

8. On Tuesday, July 2, 2019, at the regular monthly meeting of the Board of Alderman, in contravention to the policies thereof, the City abruptly and without timely notice to Kris, nor upon recommendation of the City's Fire Chief, terminated Kris' employment with the city due to Kris failing to report for duty on his regularly scheduled shift on Thursday, June 13, 2019.

9. That during the night of Wednesday, June 12, 2019 and early morning Thursday, June 13, 2019, Kris became ill with significant chest pains and nausea causing he and his wife to remain awake most of the night. Prior to shift change at 0600 hours on Thursday, June 13, 2019, Kris' wife was subject to call the fire department to notify them of Kris' illness but overslept due to the resulting exhaustion from being up most of the night caring for her husband. However, the fire department was notified of Kris' illness by 0645 hours on the morning of June 13, 2019. A statement written by Kris is attached hereto as Exhibit "A."

10. On Thursday, June 13, 2019, Kris went to the Faith Family Clinic of Kossuth during which a heart test, and subsequent blood work, revealed Kris was suffering from an irregular heartbeat, which was the cause of illness. Due to this finding, Kris was given a work excuse from the Faith Family Clinic for Thursday, June 13, 2019 (attached hereto as Exhibit "B") and was scheduled for a follow-up visit the following week.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

11.     On Wednesday, June 19, 2019, Battalion Chief Mike Kilgore issued an Employee Warning Report, which Kris signed (attached hereto as Exhibit "C"). While Chief Kilgore notes that Kris did not show up for duty on Thursday, June 13, 2019, and while Chief Kilgore himself may have tried to call Kris with no response, among other firefighters on shift that day, Captain Ty Weatherbee was aware of Kris' illness and his being unable to report for work that morning as noted in the Grievance Form (attached hereto as Exhibit "D").

12.     That the Employee Warning Report (Exhibit "C"), signed by Battalion Chief Mike Kilgore, denotes all previous Warnings, which only include the issue hereto to which resulted in a written warning. If there were ever any previous warnings, Battalion Chief Kilgore failed to note them in accordance with city policy.

13.     That because of his long-time employment with the City of Booneville, Kris had several days of sick leave accrued.

14.     That normal City policy for employees who are sick, and who have accrued sick leave, must simply notify members of the shift prior to shift change, of their illness.

15.     That Kris was docked an entire shift's pay (24-hour shift) as penalty for the issue as explained by Chief Michael Rutherford in the attached Exhibit "F" and subsequently worked for approximately two (2) weeks before the City terminated him on Tuesday, July 2, 2019.

16.     That the City of Booneville has adopted a formal personal manual called the *City of Booneville, Mississippi Employees Policies and Procedures Manuel* (hereinafter referred to as the "City Manuel" and attached hereto as Exhibit "E") thereby creating a property interest protected by procedural due process under the Fourteenth Amendment, which the City violated when the City wrongfully terminated Kris. U.S.C.A. Const. Amend. 14. Further, the City Manuel explicitly states, among other things, "The Mayor and board of Alderman *require*

4



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

(emphasis ours) that all forms of discipline and corrective action adhere with dues [sic] process.

17.     That Kris' termination was intentional and arbitrary in that he was treated differently than other similarly suited City of Booneville employed firefighters and there is no rational basis for the difference in treatment in violation of the Equal Protection Clause under the Fourteenth Amendment.  U.S.C.A. Const. Amend. 14.

18.     That Kris' wrongful termination has caused undue hardship and mental anguish and stress on he and his family, including a Loss of Consortium, as a result of the City's flagrant, willful, and outrageously baseless conduct.  Kris has a young wife in nursing school and three (3) young children, all of whom depend on his income.

### VI.  Claim for Temporary Injunction

19.     The Appellant hereby incorporates by reference and re-alleges the information set forth in the foregoing paragraphs 1 through 18.

20.     That Kris prays for an immediate temporary injunction against the City's termination, allowing Kris to go back to work, like normal, until this matter can be concluded.

21.     That there exists a strong likelihood the Appellant will prevail on the merits herein at trial and the injunction is necessary to prevent irreparable injury to the Appellant.  In addition to the financial toll this issue is having on the Appellant, if the Appellant is not associated with a fire department for one (1) year, the Appellant will lose his minimum certification through the Mississippi Board of Minimum Standards, which is required to be a career firefighter in the State of Mississippi.  This threatened injury to the Plaintiff far outweighs any harm to the Appellee, since the Appellee would simply hire someone in Kris' place.  Lastly, it is consistent with the public's interest that all due regard for the protection of due process and equal protection under the law is realized.

FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## VI.  Claim for Compensatory Damages

22.     The Appellant hereby incorporates by reference and re-alleges the information set forth in the foregoing paragraphs 1 through 21.

23.     As a direct and proximate result of the aforesaid acts and /or omissions of the City, Kris has been caused financial losses.

24.     As a consequence of the afore-described acts and /or omission of the City, Kris is further expected to incur future economic losses.

25.     As the direct and proximate result of the negligence and intentional conduct of the City to willfully, intentionally, and wrongfully terminate Kris' employment, Kris has incurred injuries and is therefore entitled to recover for the following categories of damages jointly and severally from the Counter-Defendants herein, both named and un-named:

      A.   Past legal costs and expenses of litigation;

      B.   Future legal costs and expenses of litigation;

      C.   Past lost income;

      D.   Future lost income;

      E.   Court Costs, Attorney fees, and litigation expenses as allowed by law

## VII.  Demand for Punitive Damages

26.     The Appellant incorporates by reference the information set out in preceding paragraphs 1 through 25 as if fully set forth herein.

27.     The City has acted with actual malice or gross negligence which evinces a willful, wanton, or reckless disregard for the well-being of Kris.

28.     The conduct of the City complained herein is so outrageous in the circumstances as to warrant the imposition of punitive damages in an amount in accord with the terms of §11-1-



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

65, Miss. Code Ann. of 1972, both to discourage the City from any such behavior in the future and to deter others similarly situated from engaging in like conduct to the detriment to innocent parties such as Kris.

## VIII. Request for Jury Trial

29.     Kris hereby requests trial by jury pursuant to the provisions of Rule 38 of the Mississippi Rules of Civil Procedure by virtue of his inviolate right thereto under the protections of the Constitution of the State of Mississippi and the Seventh Amendment to the Constitution of the United States of America.

## IX. Prayer for Relief

WHEREFORE, PREMISES CONSIDERED, Kris prays that process issue and demands for judgment from and against all Appellees named herein, including any proper Appellees as yet known, jointly and severally, in having been the actual and legal cause or contributing cause of Kris' injuries, for actual money damages in any amount equal or exceeding $25,000 that a fair and impartial jury deems appropriate and just in this cause of action, as well as an assessment of all costs of court, litigation expenses and attorneys' fees against said Appellees, and prays further that the Court hold an evidentiary hearing for the award of punitive damages against the Appellees over and above the $25,000 requested by the Appellant as compensatory damages.

FURTHER, Kris prays for temporary injunctive relief such that he may return to work with the City of Booneville Fire Department in his capacity as Lieutenant until this matter can be resolved.

ADDITIONALLY, Kris prays, ultimately, that the decision of the City of Booneville to terminate his employment is overturned thereby allowing him to return to work, permanently, in his previously capacity as a Lieutenant with the City of Booneville Fire Department.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

FINALLY, Kris prays for all such other or additional relief, whether special or general in nature, as the Court in its discretion may find in the circumstances to be commanded by governing law or applicable principles of equity.

This, the _____ day of _____, 2019

Respectfully Submitted,

KRISTOPHER DANIEL MATHEWS, APPELLANT

BY: _____

JARED F. EVANS, ESQ

**OF COUNSEL FOR THE APPELLANT**

JARED F. EVANS, MB# 105809
JARED F. EVANS LAW, PLLC
**ATTORNEY FOR KRISTOPHER DANIEL MATHEWS**
POST OFFICE BOX 636
MONTICELLO, MS 39654
601-587-0615 (OFFICE)
601-587-7323 (FAX)
601-320-4606 (CELL)
EMAIL: jaredfrankevans@jaredfevanslaw.com


FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## CERTIFICATE OF SERVICE

This is to certify that I, the undersigned attorney, have this date provided the City Clerk of the City of Booneville, Mississippi, pursuant to Miss. Code Ann. §11-51-75, with a true and correct copy of the above and foregoing Notice of Appeal, by hand-delivering said entry to the City of Booneville City Hall at:

> LaVeile Shields, City Clerk or Current City Clerk
> Office of the City Clerk
> City of Booneville City Hall
> 203 N. Main Street
> Booneville, MS 38829

SO CERTIFIED on this, the _____ day of _____, 2019.

/s/ JARED F. EVANS, ESQ.
JARED F. EVANS

JARED F. EVANS, MB# 105809
JARED F. EVANS LAW, PLLC
**ATTORNEY FOR KRISTOPHER DANIEL MATHEWS**
POST OFFICE BOX 636
MONTICELLO, MS 39654
601-587-0615 (OFFICE)
601-587-7323 (FAX)
601-320-4606 (CELL)
EMAIL: jaredfrankevans@jaredfevanslaw.com



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

During the night of June 12 I became sick with chest pain and nausea. My wife and I were up all night with my sickness. My wife was going to call the station that morning, she overslept. A Fireman on his way home stopped at the house she told him she had overslept that I was in bed sick. She was under the impression the fireman told the shift leader. I went to the Doctor that morning and had heartest and blood work done to see what was going on. The heartest came back irregular and I have a follow up visit next week.

Kris Mathews
6-19-19

FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Exhibit A

**FAITH FAMILY CLINIC OF KOSSUTH LLC**

**820 State HWY 2**

**Corinth MS 388347954**

**662-286-0909   662-286-0110**

Please excuse    Mathews, Kristopher from work
beginning    06/13/19   may return on   06/16/19

Please feel free to contact our office with any questions or concerns.

Sincerely,

Kelly S. Thornton, APRN-BC

Exhibit B

FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

# EMPLOYEE WARNING REPORT

**Employee Information:**

Employee Name: KRIS MATTHEWS     Date of Warning: 6-19-19

Clock or Payroll No.

Department: FIRE

**Incident Information:**

| Type | ☑ Attendance | O Carelessness | O Disobedience |
| Of | O Safety | O Tardiness | O Work Quality |
| Violation: | O Other: | | |

**Warning**

Date: 6-19-19    Time: 7:00 am/pm Occurred At:

City Statement: (Back of this form can be used if needed)

KRIS DID NOT SHOW UP FOR DUTY ON 6-13-19. TRIED TO CALL ~~AND TEXT~~ KRIS WITH NO RESPONSE. WE DID NOT HEAR FROM KRIS DURING THE 24 HOUR SHIFT.

Approved By: Mike Kilgore     Title: BATTALION CHIEF    Date: 6/19/19

**Employee Statement:** (Back of this form can be used if needed)
- _____ I concur with the Company's Statement.
- _____ I disagree with the Company's Statement for the following reasons:

I have entered my statement of the above matter.

Signed: Kris Matthews     Date: 6-19-19

**Acknowledgement of Receipt of Warning**

I have read this "warning Decision" and understand it.

Kris Matthews        6-14-19
Employee Signature        Date

MIKE KILGORE   Mike Kilgore     6-19-19
Manager Signature        Date

Witness Signature (If employee understands warning but refuses to sign)     Date

List all previous Warnings Below:

| 1st Warning: | 2nd Warning: | 3rd Warning: |
| Date: 6-19-19 | Date: | Date: |
| Verbal: | Verbal: | Verbal: |
| Written: X | Written: | Written: |

Copy of Distribution: O Employee   O Personnel   O Supervisor   O Mayor

Exhibit C

FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

**GRIEVANCE FORM**

This Form is to be used by the grievant if grievant is not satisfied with the oral decision of his or her department

head. If grievance is settled orally with the immediate supervisor, this form shall not be necessary. This form shall

also be used for additional steps (i.e. submittal to the City Administrator/CAO, to the Board of Alderman).

Date: 7-3-19

Name of Grievant: Kris Matthews    Signature of Grievant: Kris Matthews

Mailing Address: P.O. Box 263  Benzi  MS  38665

Telephone Number: 662-416-3545

Submitted to: Michal Rutherford    Signature of Recievant: _____

Grievance Statement (use additional pages if necessary):

Do not agree with the way I was terminated I feel like all the information provided by the fire chief was not taken in consideration. the fire dept was notified that morning of my situation and I provided a doctors excuse. I would like the opportunity to explain everything to the board that happened that day. I understood that I had done my punishment for past write up by being suspended and loss of pay for 5 shiftes

Relief Sought (use additional pages if necessary):

To be reinstated

F1

Exhibit D

FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

# CITY OF BOONEVILLE
# MISSISSIPPI

## EMPLOYEES POLICIES AND PROCEDURES MANUAL

## CHRIS LINDLEY, MAYOR

**JASON MICHAEL, ALDERMAN WARD 1**
**JEFF WILLIAMS, ALDERMAN WARD 2**
**MARK MCCOY, ALDERMAN WARD 3**
**WILLIAM SCOTT, ALDERMAN WARD 4**
**LISA STEVENS, ALDERMAN AT LARGE**

**LAVAILE SHIELDS, CITY CLERK**
**DANIEL TUCKER, CITY ATTORNEY**

AMENDED AND APPROVED ON September 30, 2018

1

Exhibit E


FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

# TABLE OF CONTENTS

**Page (s)**

Equal Opportunity Statements............................................................................4
USERRA Notice Statements....................................................... . 4
COBRA Notice............................................................................ 5
**SECTION 1- EMPLOYMENT** ................................................ 8
A. Introduction.................................................................................8
B. Recruitment.................................................................................8
C. Eligibility.....................................................................................9
D. Nepotism......................................................................................9
E. ProbationaryEmployment............................................................9
F. Seniority.......................................................................................10
G. Outside Employment...................................................................10
H. Grievance/Appeals......................................................................10
I. Physical Examinations.................................................................10
J. Pay Raises....................................................................................11
K. Pay Day........................................................................................11
L. Overtime.......................................................................................11
M. Payroll Deductions.....................................................................11
N. Discipline.....................................................................................11
O. Travel Policy...............................................................................11
P. Time Cards...................................................................................11
Q. Bulletin Boards/Emails...............................................................12
R. Internet/Computer Policy............................................................12
S. Cell Phone Policy.........................................................................12
T. Employee Dress Code..................................................................13
U. Safety Policy................................................................................13
**SECTION 2 - Employee Leave, Regulations and Benefits**.......................13
A. Holiday........................................................................................13
B. WorkSchedule..............................................................................15
C. Transfer of Leave.........................................................................15
D. Vacation / Person Leave..............................................................15
E. Medical Sick Leave......................................................................16
F. FMLA............................................................................................18
G. Funeral Leave...............................................................................24
H. Maternity Leave............................................................................24
I. Military Leave...............................................................................24
J. Part Time Employee Leave...........................................................25
K. Unemployment Compensation......................................................25
L. Deferred Compensation................................................................25
M. Workmen's Compensation............................................................26
N. Social Security..............................................................................25
O. Retirement.....................................................................................25
P. Insurance.......................................................................................26
JuryDuty/Witness Leave....................................................................27

FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## SECTION 3 EMPLOYEE CONDUCT..................................................26
A. Attendance..............................................................................27
B. Tardiness...............................................................................27
Employee Diligence.......................................................................27
Work Performance.........................................................................27
Lunch Break...............................................................................27
Resignation...............................................................................27
Garnishments and Attachments.............................................................28
Safety Program...........................................................................28
City Vehicles............................................................................28
Open Door Policy.........................................................................29
Workplace/Sexual Harassment..........................................................29-32
Political Activity.......................................................................32
Drug – Free Workplace Policy.............................................................32
Reduction in Force.......................................................................33
Workplace Violence Policy................................................................33
Search of City Property..................................................................34
Drug and Alcohol Policy..................................................................34
Procedures for the Drug and Alcohol Policy...............................................36

## Section 4 Disciplinary Action Grievances and Appeals........................41
A. Disciplinary Action..................................................................41
B. Action/Misconduct Resulting in Disciplinary Actions..................................42
C. Grievance Filing.....................................................................43
D. Grievance Issues.....................................................................43
E. Non Grievable Issues.................................................................43
F. General Information...................................................................44
G. Grievance Procedural Steps...........................................................45
H. Sexual Harassment/Workplace Violence grievances......................................46
I. ADA Grievance Procedures.............................................................46

## Section 5 - City Policy..................................................... 47

FORMS: F1 – GRIEVANCE FORM
      F2 – GRIEVANCE DECISION
      F3 – FORM FOR DISCIPLINARY ACTION

**RECEIPT OF EMPLOYEE HANDBOOK**.........................................Back page

3



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

# STATEMENT OF EQUAL OPPORTUNITY EMPLOYMENT

Equal employment opportunity for all individuals regardless of race, color, creed, sex, religion, national origin, age, mental or physical handicap, disability, veteran status, uniformed service status, political affiliation, or any other prohibited basis, under applicable federal, state or local law is the policy of the Mayor and the Board of Alderman. In order to assure non-discriminatory personnel administration, the Mayor and the Board of Alderman promotes non-discriminatory practices and procedures in all phases of city personnel administration. The Mayor and board of Aldermen's equal opportunity policy, therefore, prohibits any form of unlawful discrimination based on the foregoing and other considerations made unlawful by federal, state and local laws.

It is the view of the Mayor and the Board of Alderman that equal employment opportunity can only be attained through the City's commitment to comply with all applicable laws affording equal employment opportunity to individuals including, among others, person with disabilities. Accordingly, it is imperative that the City employees make all personnel decisions in accordance with Mayor and Board of Alderman policies, practices, and procedures. The selection process and criteria must assure fair and equitable treatment of all qualified applicants and employees, including qualified applicants, and employees with disabilities who can person the essential functions of the position.

The Americans with Disabilities Act of 1990 requires city departments to make reasonable accommodations for the known physical and mental limitations for otherwise qualified individuals with disabilities who are applicants or employees, provided such accommodations do not cause undue hardships to City operations. Qualified individuals with disabilities or person with disabilities who meet the job related requirements of an employment position and who can perform the essential functions off the position with or without reasonable accommodations. For an individual to be considered to have a disability that individual must have a physical or mental impairment that substantially limits one or more major life activities has a record of such impairment, or be regarded as having such impairment.

# STATEMENT OF USERRA NOTICE

The Uniformed Services of Employment and Reemployment Act (USERRA) prohibits discrimination against person because of their services in the Armed Forces Reserve, the National Guard, or other uniformed services. USERRA prohibits an employer from denying any benefit of employment on the basis of an individual's membership, application for membership, performance of service, application for service, or obligation for service in the uniformed services. USERRA also protects the right of veterans, reservist, National Guard members and certain other members of uniformed services to reclaim their civilian employment after being absent due to military service or training. Ref: 38 U.S.C 4301, 4301

4



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

# NOTICE OF COBRA CONTINUATION COVERAGE RIGHTS

You are receiving this notice because you have recently become covered under a group health plan (the Plan). This notice contains important information about your right to COBRA continuation coverage which is a temporary extension of coverage under the Plan. This notice generally explains cobra continuation coverage, when it may become available to you and your family, and what you need to do to protect the right to receive it.

The right to COBRA continuation coverage was created by federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA continuation coverage can become available to you when you would otherwise lose your group health coverage. It can also become available to other members of your family who are covered under the plan when they would otherwise lose their group health coverage. For additional information above your rights and obligations under the plan. And under federal law, you should review the Plan's Summary Plan Description or contact the Plan Administrator.

## What is COBRA Continuation Coverage?

COBRA continuation coverage is a continuation of Plan coverage when coverage would otherwise end because of a life event known as a "qualifying event". Specific qualifying events are listed later in this notice. After a qualifying event, COBRA continuation coverage must be offered to each person who is a "qualified beneficiary". You, your spouse, and your dependent children could become qualified beneficiaries if coverage under the Plan is lost because of the qualifying event. Under the Plan, qualified beneficiaries who elect COBRA continuation coverage must pay for COBRA continuation coverage.

If you are an employee, you will become a qualified beneficiary if you lose your coverage under the Plan because either one of the following qualifying events happens:
- Your hours of employment are reduced, or
- Your employment ends for any reason other than your gross misconduct.

If you are an employee, you will become a qualified beneficiary if you lose your coverage under the Plan because of any of the following qualified events happens:
- Your spouse dies;
- Your spouse's hours of employment are reduced;
- Your spouse's employment ends for any reason other than his or her gross misconduct
- Your spouse become entitled to Medicare benefits (under Part A, Part B or both); or
- You become divorced or legally separated from you spouse.

Your dependent children will become qualified beneficiaries if they lose coverage under the Plan because any of the following events happens:
- The parent-employee dies;

5



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

- The parent-employee's hours of employment are reduced;
- The parent-employee's employee's ends for any reason other than his or her gross misconduct;
- The parent- employee becomes entitled to Medicare benefits (Part A, Part B or both);
- The child stops being eligible for coverage under the plan as a "dependent child".
-

## When is COBRA Coverage Available?

The Plan will offer COBRA continuation coverage to qualified beneficiaries only after the Plan Administrator has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the employee, or the employees' becoming entitled to Medicare benefits (Part A, Part B or both), the employer must notify the Plan Administrator of the qualifying event.

## YOU MUST GIVE NOTICE OF SOME QUALIFYING EVENTS.

For the other qualifying events (divorce or legal separation of the employee and spouse or a dependent child's losing eligibility for coverage as a dependent child), you must notify the Plan administrator within 60 days after the qualifying event occurs.

### How is COBRA Coverage Provided?

Once the Plan Administrator receives notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. Each qualified beneficiary will be independent right to elect COBRA continuation coverage. Covered employees may elect COBRA continuation coverage on behalf of their spouses, and parents may elect COBRA continuation coverage on behalf of their children.

COBRA continuation coverage is a temporary continuation of coverage. When the qualifying event is the death of the employee, the employee's becoming entitled to Medicare benefits (under Part A, Part B or both) your divorce or legal separation, or a dependent child's losing eligibility as a dependent child, COBRA continuation coverage last for up to a total of 36 months. When the qualifying event is the end of employment or reduction of the employee's hours of employment, and the employee became entitled to Medicare Benefits less than 18 months before the qualifying event, COBRA continuation coverage for the qualified beneficiaries other than the employee last until 36 months after the date of Medicare entitlement. For example, if a covered employee becomes entitled to Medicare 8 months before the date on which his employment terminates, COBRA continuation coverage for his spouse and children can last for up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months) Otherwise, when the qualifying event is the end of employment or reduction of the employee's hours of employment, COBRA continuation coverage generally last for only up to a total of 18 months. There are two ways in which this 18 month period of COBRA continuation coverage can be extended.

6



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## Disability extensions of 18-month period of continuation coverage

If you or anyone in your family covered under the Plan is determined by the Social Security Administration to be disabled and you notify the Plan Administrator in a timely fashion, you and your entire family may be entitled to receive up to an additional 11-months of COBRA continuation coverage, for a total maximum of 29 months. The disability would have to have started at some time before the 60th day of COBRA continuation coverage and must at least until the end of the 18-month period of continuing coverage.

**Second qualifying event extension for 18-mont period of continuation coverage.**

If your family experiences another qualifying event, while receiving 18 months COBRA continuation coverage, the spouse and dependent children in your family can get up to 18 additional months of COBRA continuation coverage, for a maximum of 36 months, if notice of the second qualifying event is properly given to the Plan. This extension may be available to the spouse and any dependent children receiving under continuation coverage if the employee or former employee dies, becomes entitled to Medicare benefits under (Part A, Part B, or both) or gets divorced or legally separated or if the dependent child stops being eligible under the Plan as a dependent child, but only if the event would have caused the spouse or dependent child to lose coverage under the Plan had the first qualifying event not occurred.

## If You Have Questions

Questions concerning your Plan or your COBRA continuation coverage rights should be addressed to the contact or contacts identified below. For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA) and other laws affecting group health plans, contact the nearest Regional or District Office of the US Department of Labor's Employee Benefits Security Administration (EBSA) in your arear or visit the EBSA website at www.dol.gov/ebsa.

## Keep your Plan Informed of Address Changes

In order to protect your family's rights, you should keep the Plan Administrator informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices you send to the Plan Administrator.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## SECTION 1 EMPLOYMENT

## A. INTRODUCTION OF EMPLOYMENT

This handbook applies to all City of Booneville employees. This handbook is prepared to inform you about the city's policies and to summarize the benefits that are available to the employees. Refer to this handbook whenever you have a question regarding your duties and job requirements. If you have a question that is not answered by this handbook, please consult your Department Head. For the purposes of this handbook, the term "governing authority/authorities refers to the BOONEVILLE Mayor and Board of Alderman. This handbook may be altered and amended as necessary by the governing authorities.

Amendments and other alterations to this handbook will be reported to each employee by and through their respective Department Head. It is the employee's responsibility to maintain the most current version of this handbook and any and all amendments added thereto. Each employee may receive a copy of the most current version of the employee handbook either from your Department Head or City Clerk.

This handbook is not a contract express or implied, and it does not alter your employment at will status. Nothing in this handbook should be construed as a guarantee of continued employment. Your employment may be terminated at any time, for any reason, with or without cause, with no advance prior notice. Likewise, you may terminate your employment at any time for any reason without prior notice.

## B. ANNOUNCEMENT OF RECRUITMENT

The Mayor and the Board of Alderman (through the City Clerk or Department Heads) announces city job opportunities and accepts applications for those open positions. Job announcements are made in response to indicated manpower needs and, in some instances to build list of eligible applicants for anticipated future needs. Job announcements are posted on the city bulletin boards located at the Booneville City Hall. The City accepts applications for open/posted positions only. However, in some instances, the City may accept applications in order to build an application pool for potential future openings.

Job announcements may include the following:

- The job title
- The beginning salary
- The minimum education and experience requirements
- The department where the vacancy exists
- Requirements for examination, if any
- The recruitment period and closing date, when applicable.

8



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Current City of BOONEVILLE employees who have completed at least six (6) months of continuous employment with the City of BOONEVILLE may submit applications for any job classification at any time. Applications of individuals who are Not City of BOONEVILLE employees, or who have not completed at least six (6) months of continuous employment with the City are accepted only for jobs that are posted as open.

## C. ELIGIBILITY DETERMINATION

An applicant's eligibility for a particular job class is evaluated by established standards to determine if he/she meets the minimum qualifications. If the applicant meets the minimum qualifications, the application is then rated based according to the related education, training, and experience listed on the applicant's application form, unless the job applied for requires either a written or a proficiency test. In that case, the application will be scored on the basis of the test score. Applicants will be notified of the date and site of the proficiency test or written examination, if one is required.

All police and fire candidates (non-certified) must pass a pre-physical fitness test to be considered for employment. Said test will be established by the respective Chief.

Any employee who leaves a job position, may not be placed back into that job without a majority vote of the Board.

## D. NEPOTISM

No employee may work in the same department with a member of his/her immediate family. For the purpose of this handbook, immediate family shall include spouse, children, siblings, and parents.

## E. PROBATIONARY PERIOD AND TERMINATION AT WILL

Every employee upon original entry into a city status position, must successfully serve a 6-month probationary period before that employee is granted city employee status. During the probationary period, the employee's work and conduct are carefully observed. Through close supervision, the employers determines if the individual is progressing toward successful performance of the major duties for the job. During the 6-month probationary period the employees may be terminated with or without cause or notice by the governing authority. Likewise, upon completing the probationary period, an employee may be terminated with or without cause. Upon approval by the Governing Authorities, the 6 month probationary period may be extended up to a twelve (12) month period. A probationary employee will receive the same paid holidays and sick leave that full time employees receive. However, a probationary employee will not accumulate annual leave.

Exception to Section E: For the Police and Fire Department, a new employee's probationary period shall be for twelve (12) months.

Nothing in this handbook should be construed as a guarantee of continued employment. Your employment may be terminated at any time, for any reason, with or without cause, with no advance prior notice. Likewise, you may terminate your employment at any time for any reason without prior notice.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## F. SENIORITY

Each employee will accrue seniority as of his/her official date of hire. However, seniority is recognized only for full time employees who have completed their probationary period. Employees automatically lose their seniority upon termination of continuous employment with the city. When and if an employee is rehired, the most recent date of rehire will be become the date of hire for the purpose of seniority. Continuous employment is defined as a period of employment that has not been interrupted by a voluntary or involuntary relief from employment other than a separation from which an employee is eligible for reinstatement.

Seniority may be used as follows:

1. To determine the number of vacation days due an employee
2. To determine vacation scheduling when all other factors are equal
3. To determine job assignments when all other factors are equal and the Department Head determines that use of seniority do not compromise the function of the department or endanger the safety of any employee.

## G. OUTSIDE EMPLOYMENT

No employee may engage in outside employment that may cause a conflict of interest, or use the city employment for the advancement of such outside employment.

## H. GRIEVANCE AND APPEAL RIGHTS

A city employee, not on their probationary period, may file a grievance or an appeal on any givable issue. A probationary city employee may grieve or appeal only alleged acts of discrimination based on race, color, creed, religion, national origin, sex, age, disability, veteran, status, uniformed service state or political affiliation in any personnel action or employment practice. Grievances and appeals are discussed in further detail in Section 4 of this handbook.

## I. PHYSICAL EXAMINIATIONS

All city employees must submit to a physical examination that is job related and consistent with business necessity. The examination will be conducted at the city's expense and the results will be maintained in strict confidentiality as provided by law. As a condition of employment, the city may require additional medical examinations at the expense of the city whenever, in the opinion of the city, such needs arise. If the employee leaves the employment within the probationary period, the said employee shall reimburse the City the actual cost of said exams. Said cost will be deducted from the last pay check of the employee. If it is not enough to cover the cost, the employee will be responsible for the balance.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## J. PAY RAISES

Pay raises are not guaranteed. The City makes every attempt to give fair pay raises to employees while keeping the limitations of the City's budget in mind.

## K. PAY DAY

All employees except fire fighters, will be paid every two weeks. Firefighters will be paid semi-monthly.

## L. OVERTIME

All Employees of the City are urged to make every effort t to schedule work during regular hours and to avoid working overtime. When overtime work cannot be avoided, every attempt will be made to fairly distribute overtime work among eligible employees. An hourly employee who is required to work overtime will be paid at a rate of 1 ½ times the employee's regular rate for each hour of overtime worked. All overtime must be approved in advance by the Department Head and the Mayor and or acting Mayor.

## M. PAYROLL DEDUCTIONS

The City is required by law to make the following deductions from you paycheck 1) Federal withholding tax 2) State withholding tax; 3) Social Security tax (FICA) 4) Garnishments; and 5) Retirement.

## N. DISCIPLINE

The City of BOONEVILLE believe in progressive discipline, whereby the employee is given notice, either written or verbal, that their behavior is not consistent with policies and procedures. The City also believes in offering employees(s) the opportunity to correct their behavior. However, not all behavior may be deemed correctable a certain behavior

## O. TRAVEL AND EXPENSES

If an employee is required to travel in the performance of an official duty, reasonable expenses may be paid by the city. Rules and regulations governing official travel are established in accordance with the Mayor and Board of Alderman and applicable State Law.

## P. TIME CARDS

Time Cards must be filled in each day you report to work, not at the end of the pay period. Each employee is responsible for the completion of his/her own time card. No one other than the

11.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

employee may complete a time card for that particular employee without the prior approval of the appropriate department head. Each department head, or their designee, is responsible for submitting their department's time cards to the City Clerk for processing.

Failure to complete a time card properly or failure to submit time card(s) in a timely manner for payroll processing may result in a loss of pay for that pay period or other disciplinary action.

## Q. BULLETIN BAORDS, E-MAIL, COMPUTERS AND VOICE MAIL

Any material or communications including but not limited to those on bulletin boards, email, computer and voice mail are the property of the City and may be viewed, erased or otherwise used or destroyed by the City at any time. Employees are expected to use the City's bulletin boards, email, computers, and voice mail in manners consistent with Section 1. Part R. of this handbook. Any violation of this policy may result in disciplinary action, up to and including termination. Employees have no expectation of privacy in any materials or communications utilizing the City's bulletin boards, email, computers or voice mail. Any such materials or communications may be monitored to ensure compliance with this policy or other policies of the City.

## R. INTERNET AN DOCUMENT POLICY

The City expects and requires that its employees use City Computers and Internet access through City computers in a reasonable fashion. To that end, the City strictly prohibits employees from accessing, storing, or communicating any inappropriate material on City computers or through the internet. Usage of City computers and the Internet must be consistent with the City policies. Any violation of this policy may result in disciplinary action, up to and including termination.

Employees have no expectation of privacy in any materials or communications or content via the Internet. Inappropriate material includes, but is not limited to any pornographic other sexually explicit material, violent material, derogatory, racial or ethnic material, or any other material the possession of which in the workplace would be contrary to the policies prohibiting harassment in the workplace. Any such materials or communications may be accessed and monitored BY THE City to ensure compliance with this policy.

Employees shall not post any information or material on any social media website or any website that creates a risk or threat of risk to the City of Booneville's health, safety, and welfare. Violation of this can result in discipline up to termination.

## S. CELL PHONE POLICY

Employees whose work necessitates a cell phone and a cell phone plan purchased by the City should restrict use to City business only.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Personal cell phone use for City Business should be limited to only necessary and immediate City related business needs. Personal cell phone, while on duty, should be restricted to emergency needs only.

It is the responsibility of the employee's department head /supervisor to monitor al cell phone usage.

## T. EMPLOYER DRESS CODE

Booneville City employees are expected to dress and groom in a manner that promotes a positive image of the City of Booneville. Some positions and some occasions require a more formal appearance and may require a tie, sports coat or suit. Dresses and skirts should be an appropriate length. It is the responsibility of the employee to ensure the appropriated dress is worn. It is the responsibility of the immediate supervisor to counsel the individual if an apparent lapse in observation of the dress code occurs. For your reference, the following attire is not considered appropriate: T-shirts worn as and outerwear; Beach sandals or flip flops; Suggestive or revealing clothing.

In some Departments, safety and the work environment will require specific uniforms. Additionally, on occasion the job assigned for the day may require the employee dress in a manner more conducive to the work assignment, such as inventory, cleaning closets, etc....

Each department head may present a plan to the Board and seek approval for that plan for a specific dress code. If passed, each employee shall conform to that Department's dress code or face discipline, which can include termination.

## U. SAFETY POLICY

The City of BOONEVILLE has as its objective for all employees that any operation performed as part of an employee's duties be conducted in the safest and most efficient manner possible.

To that end, Department heads are charged with the responsibility and authority to direct safety training and deal with safety issues within their respective area of operation.

Furthermore, all employees are responsible to be aware of their work conditions, equipment and environment and shall report unsafe conditions, accidents/incidents or any other safety matter to their supervisor immediately.

## SECTION 2 EMPLIOYEE LEAVE, REGULATIONS AND BENEFITS

## A. HOLIDAYS

City employees receive regular pay for the following holidays and for any other day proclaimed as a holiday by the Governor or the President of the United States (Section 3-3-7, Mississippi Code of 1972, as amended) and approved by the City.

13.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

**The holidays are as follows:**

| | |
|---|---|
| January 1 | New Year's Day |
| The Third Monday of January | Martin Luther King, Jr. Day |
| The Third Monday of February | President's Day |
| The Friday before Easter Sunday | Good Friday |
| The Last Monday of May | Memorial Day |
| July 4 | Independence Day |
| The First Monday of September | Labor Day |
| November 11 | Veterans Day (If Veterans Day falls on Sunday, then it shall be November 12 |
| A day fixed by proclamation of the Governor of Mississippi as day of Thanksgiving, which shall be fixed to correspond to the date proclaimed by the President of the United States. | Thanksgiving Day |
| December 25 | Christmas Day |

Provided, however, that in the event any holiday hereinbefore declared legal shall fall on Saturday, then the preceding Friday shall be a legal holiday. If the holiday shall fall on a Sunday, then the following Monday, shall be a legal holiday.

When, in the opinion of the governing authority, it is essential that a city employee working during an official city holiday, the employee shall receive credit for the day. (Refer to Section 25-3-92(1), Mississippi Code of 1972, as amended.)

An employee who is required to work on a designated holiday will be given his holiday pay and pay for all hours worked on the holiday at his normal rate of pay. To receive pay for a holiday, you must not be absent without permission from work on your regularly scheduled work day immediately before and immediately after the holiday. If a designated holiday falls within your scheduled vacation one additional day of vacation will be granted.

**\*No employee may receive holiday pay for a holiday in which sick leave was taken either the day prior or following the holiday, unless said employee provides a Doctor excuse with a statement of charges.**

**\*Revised Aug 1, 2017**

14.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

**The following holidays are included in Firemen's salary:**

> New Year's Day
> Good Friday
> Memorial Day
> July 4th
> Labor Day
> Veterans Day
> Thanksgiving Day
> Christmas Day

## B. EMPLOYEE WORK SCHEDULES

All city offices shall be open and staffed for the normal conduct of business from 8:00 am until 5:00 pm., Monday through Friday, unless altered by the Mayor and /or the Board of Alderman.

Your hours of work will be fixed according to the needs of the City and may be changed as the work load requires.

Each part-time employee shall be provided a schedule of working hours. Those hours are subject to change based on work needs, weather, etc. . .

## C. TRANSFER OF LEAVE BETWEEN DEPARTMENTS

All accrued leave, both medical and personal leave, shall be transferable between departments.

## D. VACATION/PERSONAL LEAVE

All full-time employees (except policemen and firemen) will accrue paid vacation/personal leave at the following annual rate based on total continuous service:

1. After one year of service, one week (5 days). (You do not get the one week until your one year anniversary date).

2. After two years of service, two weeks, (10 days). (You do not get the two weeks until your second year anniversary date).

3. After five years of service, three weeks, (15 days). (You do not get the three weeks until your fifth year anniversary date).

All full time **Police Officers** will accrue paid vacation at the following rate based on total continuous service.

1. After one year of service, one week (three and one half shifts = 5 days). (You do not get the one week until your one year anniversary date).

16.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

2. After two year of service, (seven shifts = 10 days). (You do not get the two weeks until your second anniversary date).

3. After five years of service, (ten and on half shifts = 15 days). (You do not get the three weeks until your fifth year anniversary date).

All full time **Firemen** will accrue paid vacation at the following rate based on total continuous service.

1. After one year of service, (two shifts). (You do not get the one weeks until your second anniversary date).

2. After two years of service, (five shifts). (You do not get the two weeks until your fifth year anniversary date).

3. After three years of service, seven shifts). (You do not get the three weeks until your fifth year anniversary date).

You must request and receive approval from your department head, 72 hours in advance of the time you wish to take off vacation time off. Vacation pay will be based on rate of pay receive when your vacation begins.

Vacation time is considered a benefit which must be taken or is lost. You will be allowed to accumulate and carry forward 15 days of unused vacation from one year to the next. No more than 15 days will ever be carried forward to the next year. You will be required to use accrued vacation time when taking leave allowed by the Family and Medical Leave Act.

Employees who are re-employed within one year of leaving the employment of the City will accrue vacation leave at the same rate as a new employee. Employees who are on leave of absence will not accrue vacation leave.

E. MEDICAL (SICK) LEAVE

Medical (sick) leave may be used for illness of the employee, for illness of a member of his/her immediate family and for physician appointments when it is not possible to schedule them during non-working hours. For purpose of this section, " immediate family" shall be deemed to include" (1) spouse; (2) children, step children; (3) parents, step parents, foster parents and parents in law; (4) siblings; and (5) other members of the family who reside within the home of the employee. "Physician" means a doctor of medicine, osteopathy, dental medicine, podiatry or chiropractic. **\*For each absence due to illness more than 24 hours, paid medical leave shall be only when certified by the attending physician.**

Medical leave is provided for the reasons stated in this policy and may not be used for other purposes and may not be advanced. Abuse of sick leave by an employee will result in the withholding of payment of the sick leave and possible disciplinary action up to and including

**\*Revised August 1, 2017**



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

termination. A supervisor, or his designee, may perform a routine wellness check by going to the employee's place of residence to check on their well-being.

You will begin to earn medical leave on the day you begin work, but may not use it until you have completed six months of continuous employment. However, if you have less than six months of service and have filed a Workman's Comp claim and are set to miss work due to an on the job injury sustained during your first six months of employment, you may use the medical leave you have in order to compensate for any gaps in compensation by Workman's Comp.

Medical leave will be based on an employee's work week, and overtime will not be used to add extra time to accumulate sick leave. Employees will accrue medical (sick) leave at the rate of 1 and ¼ day (10 hrs.) per full month of continuous service.

**\*Employees can accrue up to 720 hours of medical leave. No payment will be made for unused medical (sick) leave upon termination of employment. Unused sick leave benefits will not be paid to employees while they are employed or upon termination of employment. Creditable service shall mean prior service and all lawfully credited unused leave authorized by Mississippi Code of 1972, as amended, Section 25-3-91, et. Seq., as of the date of withdrawal from service.**

You may check this code section or Public Employees' Retirement System regulation 51 to help you to determine what amount of lawful creditable unused leave that you have.

If an employee does not have sufficient sick leave to cover a period of absence no allowance of sick leave will be granted in advance or anticipation of future sick leave credits. In such cases a payroll deduction for the lost time for which there is not sick leave will be made. However, earned vacation time may be used if the employee elects to do so in writing. The payroll department must be notified in writing of any sick time or time is lost for any reason.

All employees that are absent or tardy are not allowed to make up for missed time. Absences or any tardy of less than a full day, will result in the assessment of sick leave according to the following schedule; or unpaid leave:

Less than four hours…………….deducted in 2 hour increments;
Four hours or more………………one day.
All tardiness will be documented, reviewed and dealt with accordingly.

**\*If an employee misses work for more than 24 hours - then that employee must provide a medical excuse for said missed days to their department head.**

**Transfer/donation of sick leave to another employee.** The Board of Alderman must approve on a case by case basis, the transfer/donation of sick leave from one employee to another. To be eligible to receive this transfer/donation of sick time, an employee, their child or spouse, shall have a life threatening injury, illness or disease, documented by the patient's main treating physician.

**\*Revised Jan. 18, 2018**

17.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

# F. FAMILY AND MEDICAL LEAVE ACT (FMLA)

**General Provisions**

The Family and Medical Leave Act (FMLA) was enacted into law on February 5, 1993 and took effect August 5, 1993. All departments of the City of BOONEVILL are considered covered employers under the Act, and any and all future amendments/revisions to said Act.

The FMLA entitles eligible employees to take up to twelve (12) weeks unpaid, job-protected leave in a 12-month period for specified family and medical reasons and makes it unlawful for any department to discharge or discriminate against any person for opposing any practice made unlawful by the Act or for involvement in any proceeding under or relating to the Act. Further the governing authority shall not interfere with, restrain, or day the exercise of or the attempt to exercise any right provided under the Act.

The FMLA does not affect any other federal law that prohibits discrimination and does not supersede any local law that provides greater and more generous leave rights.

## Notice to Employees

Each department shall not post and keep posted in conspicuous places where notices to employees and applicants are customarily posted, a notice summarizing the entitlement to family leave and providing information concerning the procedures for fining complaints of violations of the Act.

## Definitions for Purposes of FMLA

Health Care Provider:

A. A doctor of medicine or osteopathy who is authorized to practice medicine or surgery (as appropriate) by the jurisdiction in which the doctor practices; or
B. Any other person determined by the Governing Authority to be capable of providing health care services, including only:
1. Podiatrist, dentist, clinical psychologist, optometrist, and chiropractors (limited to treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by X-ray to exist) authorized to practice in the jurisdiction and performing within the scope of their practice as defined under applicable law;
2. Nurse practitioners, nurse-midwives and clinical social workers who are authorized to practice under applicable law and who are performing within the scope of their practice as defined under applicable law;
3. Any health care provider from whom the City or the City's group health plan's benefit manager will accept certification of the existence of a serious health condition to substantiate a claim for benefits; and



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## DEFINITIONS:

**Authorized to practice under applicable law:** Means that the provider must be authorized under state law to diagnose and treat physical or mental health conditions without supervision by a doctor or other health care provider.

**Incapacity:** Inability to work, attend school or perform other regular daily activities due to a 1) serious health condition, 2) treatment for a serious health condition, or 3) recovery from a serious health condition.

**Parent:** The biological parent of an employee or an individual who stood in loco parentis to an employee when such employee was a son or daughter, as defined below. This term does not include parents-in-law.

**Son or Daughter:** A biological, adopted or foster child, a stepchild, a legal ward, or a child of a person standing in loco parentis, who is either under 18 years of age or 18 years of age or older and incapable of self-care because of mental or physical disability.

**Incapable of Self-care:** Means that the individual requires active assistance or supervision to provide daily self-care in three or more of the activities of daily living including grooming and hygiene, bathing, dressing and eating or instrumental activities of daily living including cooking, cleaning, shopping, taking public transportation, paying bills, maintaining a residence, using telephones and directories, using a post office, etc.

**Physical or Mental Disability:** A physical or mental impairment that substantially limits one or more of the major life activities of an individual.

**In Loco Parentis:** Persons having day-to-day responsibilities to car for and financially support a child or, in case of an employee, who had such responsibility for the employee when the employee was a child. A biological or legal relationship is not necessary.

**Reduced Leave Schedule:** A leave schedule that reduces an employee's usual number of working hours per workweek, or hours per workday. A reduced leave schedule is a change in the employee's schedule for a period of time, normally from full time to part time.

**Serious health condition:** An illness, injury, impairment, or physical or mental condition that involves:
    A: Inpatient Care: (an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity, or any subsequent treatment in connection with such inpatient care; or
    B: Continuing treatment by a health care provider to include any one or more of the following:
        1.  A period of incapacity of more than three consecutive calendar days and any other subsequent treatment or period of incapacity relating to the same condition that also involves:



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

a. Treatment two or more times by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services, (eg. Physical therapist) under orders of, or on referral by a health care provider; OR

b. Treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment under supervision of the health care provider.

2. Any period of incapacity due to pregnancy or for prenatal care.

3. Any period of incapacity or treatment for such incapacity due to chronic serious health condition.

4. A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective. The employee or family member must be under the continuing supervision of a health care provider, but need not be receiving active treatment by a health care provider. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

5. Any period of absence to receive multiple treatments (including any period of recovery there from) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity of more than three (3) consecutive calendar days in the absence of medical intervention of more than three (3) consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.) severe arthritis (physical therapy), kidney disease (dialysis).

**Chronic Serious Health Condition:** A condition which (a) requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider; (b) continues over an extended period of time (including recurring episodes of a single underlying condition); and (c) may cause episodic rather than a continuing period of incapacity (asthma, diabetes, epilepsy, etc.)

**Equivalent Position:** A position that is virtually identical to the employee's former position in terms of pay, benefits and working condition, including privileges, prerequisites and status. It must involve the same or substantially similar duties and responsibilities, which must entail substantially equivalent skill, effort, responsibility and authority.

**Intermittent Leave:** FMLA leave taken in separate blocks of time due to a single qualifying reason.

**Unable to Work:** Where the health care provider has found that the employee is either unable to work at all, or is unable to perform any one of these essential functions of the job.

20.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Spouse:  A husband or wife, as defined or recognized under state law for the purposes of marriage.
Immediate Family Member:  An employee's spouse, son or daughter or parent.
Eligibility: An eligible employee is one who has been employed by the City for at least a total of twelve (12) months, and has worked for at least 1.250 hours over the prior 12-months.
Entitlement:  FMLA enties eligible City employees to take up to twelve (12) week of unpaid, job protected leave during any 12 month period for one or more of the following family and medical reason:

> A:  For the birth of the employee's son or daughter, and to care for the newborn child;
> B:  The placement with the employee of a son or daughter for adoption or foster care, and to care for a newly placed child;
> C:  To care for an immediate family member with a serious health condition;
> D:  Because of the employee's own serious health condition that makes the employee unable to perform one or more of the essential functions of his or her job.

Entitlement to leave under (A) and (B) above shall expire at the end of the 12-month period beginning on the date of such birth or placement.  The 12-month period under (C) and (D) above will begin on the date of the employee's first FMLA leave.  Leave entitlement shall be determined on a rolling 12-month basis so that the amount of available leave remaining to be taken is measured based on leave previously taken during the 12-month preceding the first date of the current requested leave remaining to be taken is measured based on leave previously taken during the 12-months preceding the first date of the current requested leave.

Spouses employed by the same employer are jointly entitled to a combined total of twelve (12) workweeks during any 12-month period if family leave for birth or placement and to care for a sick parent (but not a parent in law) who has a serious health condition.  However, if the leave is to care for a sick child or the serious health conditions of an each other or for the employee's own serious illness, this limitation does not apply.

## Notice to the Department

The Department may require that the employee provide written notice setting forth the reasons for requested leave, the anticipated duration of the leave, and the anticipated start of the leave in accordance with the Department's established policy.  Failure to follow established Department policy may result in disciplinary action, but will not permit the Department to disallow or delay an employee's taking of FMLA leave, if the employee gives timely verbal or other notice.

In any case in which the necessity for leave is foreseeable based on an expected birth or placement, the employee shall provide the Department with no less than thirty (30) days' notice, before the date the leave is to begin, and of the employee's intention to take such leave, except that if the date of the birth or placement requires leave to begin in less than (thirty) 30 days, the employee shall provide such notice as is practicable.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

In any case in which the necessity for leave is foreseeable based on planned medical treatment, the employee:

1.  Shall make a reasonable effort to schedule the treatment so as not to unduly disrupt the operations of the Department, subject to the approval of the health care provider of the employee or the health care provider of the employee or the health care provider of the son, daughter, spouse, or parent of the employee, as appropriate; and
2.  Shall provide the Department with no less than thirty (30) days' notice, before the date the leave is to begin, of the employee's intention to take leave, under FMLA, except if the treatment is to begin in less than thirty (30) days, the employee is to provide such notice as is practicable.

If the employee had actual notice of the FMLA leave requirements and he/she fails to give 30 day notice for foreseeable leave with no reasonable excuse for the delay, The Department may deny taking FMLA leave until at least 30 days after the date the employee provides notice to the Department Head of the need for FMLA leave.

A Department Head may require periodic reports from an employee on FMLA leave regarding the employee's status and intent to return to work. If the employee provides a statement of intent to return to work even if the statement is qualified, entitlement to leave and maintenance of health benefits continue. However, if the employee gives an unequivocal notice of intent not to return to work, the Department's obligations to provide health benefits (except pursuant to COBRA requirements) and to restore the employee end.

Should the employee discover after beginning leave that the circumstances have changed and the amount of leave needed is shorter than originally anticipated, the employee may not be required to take more FMLA leave than necessary. If the employee desires to return to work earlier than anticipated, the Department Head may require the employee to provide notice of at least two (2) business days.

## Medical Certification

The Department Head may require that an employee's leave to care for his/her seriously ill immediate family member, or due to the employees own serious health condition that makes the employee unable to perform one or more of the essential functions of his/her position, be supported by a certification issued by the health care provider of the employee or the employee's ill family member.

When the leave is foreseeable and at least thirty (30) days' notice has been provided, the employee should provide the medical certification before the leave begins. When this is not possible the employee must provide the requested verification to the Department Head within the time frame requested (which must allow at least fifteen (15) calendar days after the Department Head's request) unless it is not practicable under the particular circumstances despite the employee's diligent good faith efforts.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

**Maintenance of Benefits**

At the end of an employee's FMLA leave, benefits must be resumed in the same manner and at the same levels as provided when the leave began, and subject to any changes in benefit levels that may have taken place during the period of FMLA leave affecting the entire Department, unless otherwise elected by the employee. Upon return from FMLA leave, an employee cannot be required to re-qualify for any benefits the employee enjoyed before FMLA leave began.

**Health Insurance**

The city maintains group health insurance coverage for an employee on FMLA leave whenever such insurance was provided before the leave was taken, and on the same terms as if the employee had continued work.

**Seniority, Medical and Personal Leave**

Employees shall continue to accrue seniority during unpaid FMLA leave. Benefits accrued at the time leave began, must be available to an employee upon return from leave.

**Retirement**

With respect to pension and other retirement plans, any period of FMLA leave will be treated as continued service (i.e., no break in service) for purposes of vesting and eligibility to participate.

**Military Family Leave**

An eligible employee who is the spouse, son, daughter, or parent of a member of the Armed Forces may take FMLA leave for "any qualifying exigency" if the service member is on active duty or has been notified of an impending call or order to active duty in support of a contingency operation. 29 U.S.C. 2612 (a) (1) (E).

"Qualifying exigencies" generally include:

1) Short notice deployment;
2) Military events and related activities;
3) Childcare and school activities;
4) Financial and legal arrangements;
5) Counseling;
6) Rest and recuperation;
7) Post deployment activities, and
8) Additional activities agreed to by the City and eligible employees

**Military Caregiver Leave**

An eligible employee who is the spouse, son, daughter, parent or next of kin covered military member who is recovering from a serious illness or injury sustained in the line of duty on active duty is entitled to

23.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

up to 26 weeks of leave in a single 12-month period to care for the service member. This military caregiver leave is available during a single 12-month period" during which and eligible employee is entitled to a combined total of 26 weeks of all types of FMLA leave.

For purposes of Qualifying Exigency Leave and Military Caregiver Leave, a "covered military member " means the employee's spouse, son, daughter or parent on active duty or call to active duty status.

## G. FUNERAL LEAVE

An employee may use up to 24 hours of per funeral of paid leave in addition to personal leave for each occurrence of death in the immediate family I requiring the employee's absence from work. No qualifying time or use of personal leave will be required prior to use of leave for this purpose. The immediate family is defined as a spouse, parent, step-parent, sibling, child, step-child, grandchild, grandparent, great-grandparent, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law, sister-in-law, aunt, niece or nephew. Child means biological, adopted or foster child, or a child for whom the individual stands or stood in loco parentis.

## H. MATERNITY LEAVE

Federal law requires that women affected by pregnancy, child-birth or related medical conditions shall be treated the same for all employment-related purposes, including receipt of benefits under fringe benefit programs, as other person not so affected but similar in their ability or inability to work. (42 U.S. Code Section 2000e (k))

1.  All types of leave shall be granted to pregnant women on the same terms as leave is granted to other disabled employees in accordance with these rules.
2.  The governing authority shall not terminate the employment of any employee in the department because of pregnancy or require that such employee take a mandatory leave.
3.  When certified in advance by a medical doctor, pregnant women shall be allowed to use medical leave for regularly scheduled prenatal care by a medical doctor.

## I. MILITARY LEAVE

Unpaid military leaves of absence will be granted to members of the uniformed services in accordance with the Uniformed Services Employment and Reemployment Rights Act of 1994 and all amendments thereto. Appropriate documentation is required to be turned in to the Department head prior to the necessary leave. Anyone who completes a military leave of absence will be reinstated to his/her previous or similar job in accordance with federal and state law. An additional 120 hours of leave shall be available for mandatory pre-deployment training pending appropriate documentation. For more information regarding status, compensation, benefits and reinstatement upon return from military leave, please contact the City Clerk.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## J. ACCRUAL AND USE OF LEAVE BY PART-TIME EMPLOYEES

Part time employees shall not accrue leave at any time.

## K. UNEMPLOYMENT COMPENSATION

If an employee becomes separated from a job with the City, for reasons beyond the employee's control, that employee may be eligible for unemployment compensation. Inquires may be directed to Mississippi Department of Employment Security Commission.

## L. DEFERRED COMPENSATION PLAN

Deferred Compensation is a supplemental, voluntary savings plan administered by the Public Employee's Retirement System (PERS) Board of Trustees offering tax advantages to participants. Employee who choose this plan may set aside part of their salary each year. Income tax liability is postponed on that part of the salary until the year in which the employee actually receives the deferred amount. Interest and/or earning also are tax deferred until withdrawal. Interested employees may contact the City Clerk or PERS.

## M. WORKER'S COMPENSATION

The basic purpose of Worker's Compensation is to provide fixed benefits to employees in the event an employee is injured in the course of employment. These benefits may include:

Compensation for medical expenses;
Partial compensation for income lost because of the injury or illness;
Retraining for new skills when necessary; and
Certain other related benefits.

Workers Compensation may also provide benefits to an employee's dependents and compensation for funeral expenses in case of death due to a job connected accident or illness.

If an employee is injured, no matter how minor the injury, the employee should report this to the supervisor immediately.

## N. SOCIAL SECURITY

Every employee of the CITY OF BOONEVILLE is required to participate in the federal social security program.

## O. RETIREMENT

Employees and officials of the CITY OF BOONEVILLE become members of the Public Employees' Retirement Systems, as a condition of employment.

Retirement System participation and coverage is provided to employees in positions requiring



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Employees to work and receive compensation for not less than 20 hours per week OR not less than 80 hours per month. Participation is restricted to employees whose wages are subject to payroll taxes and are reported on Form W-2. When an employee is first employed, the City of BOONEVILLE will furnish that employee with a member information form to establish a membership account. The employee's social security number will serve as a membership number. A fiscal year membership statement will be sent to the employee each year containing data pertinent to contributions paid into the Public Employees' Retirement System. Additional information may be obtained by contacting the Public Employees' Retirement System.

## P. INSURANCE

Full time employees are eligible to participate in the health and life insurance program offered by the city, which may be at no cost to the employee. Dependent care coverage is available to the employee for appropriate charges.

An employee making contributions to the State of Mississippi retirement plan is eligible for hospitalization insurance as a benefit of employment. Employees may select coverage for dependents at group rates under this policy. Employees on leave without pay must pay the hospitalization insurance premiums themselves in order to keep insurance coverage.

Under the Consolidated Omnibus Budget Reconciliation Act (COBRA), eligible employees may be able to temporarily continue their major medical insurance coverage after termination or other "qualifying event."

## Q. JURY DUTY LEAVE

Leave shall be granted to all employees when they are summoned for jury. An employee summoned for jury duty, upon receiving a summons shall on the next day the employee is working, show the summons to the employees' immediate supervisor. When not accepted for jury duty, the employee should inform his/her supervisor and return to work according to his/her work schedule.

Employees are expected to report to work on scheduled work day's that the court is not in session or if the court recesses or excuses the employee, unless the employee's jury duty exceeds 3 hours for the day in question. Following the completion of the jury duty, employees are required to work on their first regularly scheduled workday.

You will be paid the difference between jury pay and 8 hours at your regular rate of pay for each day of jury duty. When you return to work you must provide a statement of attendance and the amount paid by the Court from the Clerk of the Court.

## SECTION 3 EMPLOYEE CONDUCT

For the purposes of Section 2 Employee Conduct, "Working Day" shall mean any day the City Clerk's office is open for and conducting business or as otherwise defined by a Department Head/Governing Authority. The following guidelines should be followed by all city employees:



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## A. ATTENDANCE

In order to operate the City efficiently, it is necessary to have a reliable work force. It is therefore, important to you, and your fellow employees, and the City that you come to work regularly and on time. If you wish to leave the job for any reason, you should first talk to your department head. The City recognizes that you may have to be absent from work occasionally. Therefore, disciplinary action will not be taken against you for a single absence if you give proper notice to your department head and you have a satisfactory reason for being absent. Although the City recognizes that you may have to be absent from work occasionally, excessive absences can result in disciplinary action, including termination.

## B. TARDINESS

All employees that are absent or tardy are not allowed to make up for missed time. Absences or any tardy of less than a full day, will result in the assessment of sick leave according to the following schedule; or unpaid leave.

        Less than four hours . . . . . . . . . . . . . . . . . . . deducted in 2 hour increments;
        Four hours or more . . . . . . . . . . . . . . . . . . . . one day.
All tardiness will be documented, reviewed and dealt with accordingly.

## C. DILIGENCE DURING WORK PERIOD

All employees shall apply themselves to their assigned duties during the full schedule for which compensation is being received.

## D. WORK PERFORMANCE

All employees shall meet established performance standards. Any conditions or circumstances in the work environment that prevents an employee from performing effectively are to be reported to the supervisor.

Many departments maintain more specific rules for employees. The employee's supervisor or the Department Head may provide additional information.

## E. LUNCH BREAK

The Fire and Police Departments will take lunch periods as set by each department's policy. All other employees will take a one hour lunch break without pay at a time acceptable to the Department Head.

## F. RESIGNATION

An employee who desires to terminate service with the City should submit a written resignation to the governing authority.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

A resignation should provide a two-week notice at the time of the notice of intent to resign. If a two-week notice i9s given, absent some extra ordinary justification, the employee may not be eligible for rehire. All city property shall be turned over to the appropriate office prior to an employee receiving their final paycheck upon termination of employment with the city.

## G. GARNISHMENTS AND ATTACHMENTS

The city expects each employee to keep his personal affairs in good condition and meet his financial obligations promptly. Garnishments and Attachments create an administrative burden on the city. For this reason, they are looked upon with disfavor and recurrences may result in disciplinary action which can include termination.

## H. SAFETY PROGRAM

Each Department Head will have the responsibility to:
A) Maintain a safe and healthy working conditions in the various departments.
B) Enforce all safety rules and regulations within their departments.
C) Insure that each employee under their supervision is fully trained for the job he is assigned to do and is familiar with work rules.
D) Insure that all accidents and structural or mechanical damage cause tot the City owned vehicles, equipment, and property is reported to the Department Head.
E) Investigate the cause of all such accidents and property damage, and issue an appropriate employee waring report for any such accident or property damage which results from an employee's negligence, carelessness, inattentiveness, or failure to exercise due care in the performance of the employee's duties or with regard to the use or operation of such property.

Every employee is responsible to:
a) Exercise caution in the course of their work to prevent injuries to themselves and to their fellow employees and to prevent damage to City property.
b) Report all accidents using proper accident reporting procedures.
c) Keep all work area clean and orderly.
d) Report all unsafe conditions immediately to the department head.
e) Obey all safety rules and regulations.
f) Wear all prescribed protective equipment.
g) Operate only machinery and equipment they are authorized to operate.

The current City Policy is that unless approved by the Board, no employee shall drive or operate a City Vehicle, when that employee is not working. This applies to all employees unless the board has made or make an exception, all city Vehicles shall be parked at the end of the business day.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

If an employee is involved in an accident of any nature, with a City Vehicle, he shall immediately report the same to his Department Head, who shall complete the appropriate form to be filed with the City Clerk. Failure to immediately report an accident can result in disciplinary action that may include termination.

Each employee who is driving a City vehicle is expected to observe any and all safety and reasonable care to insure the security and care of all city property entrusted to his use and care.

# NO CITY VEHICLE OR EQUIPMENT MAY BY USED BY A CITY EMPLOYEE FOR HIS PERSONAL USE.

## J. OPEN DOOR POLICY

The City is concerned about the well-being and morale of its employees and encourages all employees to voice any questions or concerns. Employees should use the proper chain of command in addressing all questions or concerns. Employees should first bring an issue or concern to the attention of their immediate supervisor. If you have addressed a matter with your supervisor and it has not been handled to your satisfaction, please bring it to the attention of your Department Head.

## K. SEXUAL HARRASSMENT

The City has a strict policy against sexual harassment. Each department shall provide a work place free from sexual harassment. Sexual harassment will not be tolerated, regardless of whether the harasser is an employee, visitor, customer, etc.

Sexual harassment may consist of request of sexual favors, unwelcomed sexual advances, threats, actual bodily contact, or other deliberated or verbal or physical conduct of a sexual nature, when:

1. Submission to such conduct is made either explicitly or implicitly a term or condition of employment; or

2. Submission to or rejection of such conduct is used as the basis for making employment decisions; or

3. Such conduct has the purpose or effect of unreasonable interfering with an individual's work performance or creating a hostile, intimidating, or offensive work environment.

29.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Sexual harassment is prohibited between all employees and is prohibited by both supervisors and all employees. In all case, the governing authority shall take appropriate corrective action. This rule applies equally to sexual harassment of men and women.

Any employee, supervisor or manager or other person who believes that he or she has been subjected to sexual harassment at work by anyone should report such harassment to his or her supervisor, the Department Head, or the City Clerk or the Mayor. Any employee, supervisor, manager or department employee, or applicant for employment in Department that employs department employees may file a grievance in accordance with the Special Grievance Procedure for Sexual and Workplace Harassment contained in this handbook.

The city will handle sexual harassment complaints with as much confidentiality as possible. There will be no retaliation against anyone who reports a claim or incident of sexual harassment in good faith or against any employee who provides information as a witness to sexual harassment. The City will conduct an immediate investigation to attempt to determine all of the facts concerning the alleged harassment. To assist the investigation, any harassment complaint should be reported immediately and should be put in writing and specifically state the details of the offending behavior.

If the City determines that the sexual harassment has occurred, corrective action will be taken. Depending upon the circumstances, such action may include a reprimand, discharge, or other appropriate action. The City will also monitor any incidents in which sexual harassment has occurred to ensure the harassing behavior has stopped.

All person on city property, at work for the City, or on City business, must avoid engaging in any action or conduct what might be viewed as sexual harassment. Approval of, participation in or supporting any conduct constituting sexual harassment will be considered a violation of this policy. The City's goal is to prevent and eliminate sexual harassment completely. Each employee, supervisor, manager other person employed in any capacity by the City is responsible for helping the City accomplish this goal.

## L. WORKPLACE HARASSMENT

The City has a strict policy prohibiting harassment against any individual on the basis of race, color, religion, gender, national origin, immigrant or non-immigrant status, age, disability, veteran status or uniformed service status. Each governing authority shall provide a work place free from any such work place harassment. Workplace harassment will not be tolerated, regardless of whether the harasser is an employee, visitor, customer, etc.

Harassment is verbal or physical conduct that insults or show hostility or aversion toward an Individual because of his race, color, religion, gender, national origin, immigrant or

30.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Non-immigrant status, age, disability, veteran status or uniformed service and that:

1. Contributes to or has the effect of creating an intimidating, hostile, or offensive working environment; or

2. Unreasonably interferes with an individual's work performance; or

3. Otherwise adversely affects an individual's employment opportunities.

Harassing conduct includes, but is not limited to, the following:

1. The use of disparaging or abusive words or phrases, slurs negative stereotyping, or threatening, intimidating, or hostile acts that relate to race, color, religion, gender, national origin, immigrant or non-immigrant status, age, disability, veteran status, or uniformed service status.

2. Written or graphic material that insults, stereotypes, or show aversion or hostility toward an individual or group because of race, color, religion, gender, national origin, immigrant or non-immigrant status or uniformed service status and that is placed on walls, bulletin boards, e-mail, voice mail, or elsewhere on the City's premises, or is circulated in the workplace.

Any employee, supervisor, manager or other person who believes that he or she has been subjected to harassment at work as outlined above should report such harassment immediately to his or her supervisor, manager or other person, including any department employee, probationary department employee, non-department employee in, or applicant for employment in a Department that employs department employees, may file a grievance in accordance with the Special Grievance Procedure for Sexual and Workplace Harassment contained in this handbook.

The City will handle harassment complaints with as much confidentiality as possible. There will be no retaliation against anyone who reports a claim or incident of workplace harassment in good faith or against any employee who provides information as a witness to workplace harassment.

The City will conduct an immediate investigation to attempt to determine all of the facts concerning the alleged harassment. To assist the investigation, any harassment complaint should be reported immediately and should be put in writing and specifically state the detail as the offending behavior.

If the City determines that workplace harassment has occurred, corrective action will be taken. Depending upon the circumstances, such action may include a reprimand, discharge, or other appropriate action. The City will also monitor any incidents in which workplace harassment has occurred to ensure the harassing behavior has stopped.

If it is determined that no workplace harassment has occurred or that there is not sufficient evidence to conclude that workplace harassment has occurred, this determination will be communicate to the person who made the complaint.

All persons on City property, at work for the City, or on City business must avoid engaging in any action or conduct that might be viewed as workplace harassment. Approval of, participation in or supporting conduct constituting workplace harassment will be considered a violation of this policy.

31.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

The City's goals is to prevent and eliminate workplace harassment completely. Each employee, supervisor, manager or other person employed in any capacity by the City is responsible for helping the City accomplish this goal.

## M. POLITICAL ACTIVITY

The City believes all employees have a duty to cast their votes for candidates and issues as they choose. You also should have the right to support candidates and issues with your personal efforts and volunteer contributions. However, no such activity will be conducted during working hours nor at the expense of the City. Employees will not be subjected to coercion, intimidation, or threat of reprisal because of their political activities.

## N. DRUG-FREE WORKPLACE

The Drug-Free Workplace Act of 1988, found at Title 5, Subtitle D, Anti-Drug Abuse Act of 1988, Public Law No. 100-690 (DFWA), requires grantees of federal agencies to certify that they will provide a drug-free workplace. Making the required certification is precondition of receiving a federal grant beginning March 18, 1989.

There certification statement which grantees are required to make under DFWA includes several provisions which grantees must comply with in order to provide a drug-free workplace, including:

A. Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the grantee's workplace and specifying the actions that will be taken against employees for violation of such prohibition; and

B. Establishing a drug-free awareness program to inform employees about the dangers of drug abuse in the workplace, the grantee's policy of maintaining a drug-free workplace, any available drug counseling, rehabilitation, and employee assistance programs, and the penalties that maybe imposed upon employees for drug abuse violations occurring in the workplace.

The DFWA also provides that sanctions may be imposed against grantees for non-compliance with the law. In order to comply with the DFWA, departments that are federal grantees should refer to the federal regulations governing this law. A copy of the regulations may be found in the Federal Register, Vol 54, No. 19, Tuesday, January 31, 1989.

Law governing drug and alcohol testing of employees and job applicants is set fourth at Section 71-7-1 et seq., Mississippi Code of 1072, as amended. This statute provides procedures and guideline for governing authorities that wish to formulate a drug and alcohol testing policy. Except as provided by the federal law, departments are not required to administer drug or alcohol test. This statute must be complied with if such test are given. However, the statute does not apply to agencies subject to any federal law or regulations that govern the



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Administering of drug and alcohol test. Departments are also required to be cognizant to the proscriptions of the Americans with Disabilities Act regarding pre-employment medical test. The City's drug and alcohol policy is contained in (Part R) of this Section.

## O. REDUCTION IN FORCE

An employee's employment may be terminated without regard to behavior or performance by a reduction in force. No provision of the Employee Handbook shall be read or construed to limit the City's discretion in implementing a reduction in force and in terminating an employee's employment as part of a reduction in force.

1. Reduction in force - a governing authority may reduce the number of employees in a department whenever deemed necessary for the following reasons:

A. shortage of funds or work.
B. material change in duties or organization, or
C. merger of departments
D. as ordered by the Mayor and Board of Alderman

## P. PROHIBITION AGAINST VIOLENCE IN THE WORKPLACE

It is the policy of the City to provide all employees with a safe, violence-free workplace. Therefore, the City prohibits all forms of workplace violence, and it prohibits all conduct that could lead to workplace violence. This applies to violence by an individual, including employees, customers, vendors, and visitors. The following conduct is strictly prohibited under this policy:
1. Physical Assaults - Any physical assault such as hitting, pushing, kicking, holding or other unwelcome touching.
2. Threatening behavior – Any threats, including direct verbal threats, veiled threats, menacing gestures, harassing phone calls and stalking.
3. Possession of Weapons – Any possession of weapons (other than weapons authorized for use in law enforcement or security activities for the City), including firearms, knives, chains, dangerous chemicals, explosives, or other objects carried for the purpose of injuring or intimidating others.
4.. Violation of this Violence policy includes at any time, whether on City or personal time, and can included but not limited to any time on the city's premises, in the City's vehicles, when performing City business or when otherwise acting as an employee of the City.

Any employee who violates this policy shall be subject to discipline up to termination.

Employees are encouraged to report violation of this policy to a manager, or call 911 for outside assistance. Employees are encouraged to err on the side of safety when determining whether to report anything that may constitute a violation of this policy. Retaliation against individuals who report violations of this policy is strictly prohibited.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## Q. SEARCHES OF CITY PROPERTY

Employees have no expectation of privacy in any City property, including, but not limited to, City lockers and desks. Any such City property may be monitored to ensure compliance with this and other City policies, if the City has a reasonable belief some prohibited item is being kept in such City property, or if something is being kept in such City property to aid in the violation of the law or any policy of the City. Further, City property may be searched if the City has a reasonable belief that something is being maintained in City property that would adversely affect the health or safety of City employees, customers, or visitors, or adversely affect the job performance of City employees.

## R. DRUG AND ALCOHOL FREE WORKPLACE POLICY

### General Statement of the City's Policy on Drug and Alcohol Use

It is the policy of the City to provide a safe work environment and to foster the well-being and health of its members. Compliance with the City's Drug and Alcohol Free Workplace Policy is a condition of employment. The City strictly prohibits the unlawful manufacture, possession, use, abuse, sale transfer, distribution, solicitation or possession, including possession with the intent to sell or distribute any controlled substances, including illegal drugs, alcohol, prescription drugs (used contrary to a legitimate prescription), non-prescription drugs(used in a manner contrary to the directions or for a purpose other than that for which the drugs are offered by the manufacturer) or any other controlled substances or drug paraphernalia at any time, whether on City's personal time, including but not limited to any time on the City's premises in the City's vehicles, when performing City business or when otherwise acting as an employee of the City.

An applicant for employment may be required to submit to a drug and alcohol test as a condition of the job applicant's employment application.

An employees may be required to submit to a drug and alcohol test as a condition of employment when the City has a reasonable suspicion that an employee is in violation of the City's Drug and Alcohol Free Workplace Policy or as part of neutral selection drug and alcohol testing.

The City's may refuse to hire a job applicant or may discipline any employee , up to and including discharge, on the basis of a positive confirmed drug and alcohol test result, a refusal to submit to a drug or alcohol test, or any other violation of the City's Drug and Alcohol Free Workplace Policy. Further, conviction for a drug-related offense may result in discipline up to and including discharge.

### Statement of Mississippi Law

You are hereby advised that the City has implemented a drug and alcohol policy and conducts a test program, pursuant to House Bill No. 84 of 1994, codified at Miss. Code Ann 71-7-1, et seq. (hereinafter "the Act"), and you are hereby advised of the existence of said Act. You are hereby advised that the City has also implemented a drug and alcohol policy and conducts a testing program pursuant to the Drug-Free Workplace Workers' Compensation

34.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Premium Reduction Act, codified at Miss. Code Ann 71-3-201 to 71-2-225 and you are hereby advised of the existence of said law.

**Confidentially**

All information, interviews, reports, statements, memoranda and test results, written or otherwise, received by the City through its drug and alcohol testing program are confidential communications, except under certain circumstances as allowed by the Act.

## Procedures for Confidentially Reporting Prescription or Nonprescription Medical

An employee or job applicant shall be allowed to provide notice to the City of currently or recently used prescription or nonprescription drugs at the time of taking of the specimen to be tested and such information shall be noted prior to initial testing.

**When Drug and Alcohol Testing May Occur**

Drug and alcohol testing may occur under the following circumstances:

1.  Job applicant may be required to submit to a drug and alcohol test as a condition of employment.

2.  All employees may be required to submit to reasonable suspicion drug and alcohol testing. Reasonable suspicion means a belief that an employee is using or has used drugs in violation o9f the City's Drug and Alcohol Free Workplace Policy when such belief is drawn from specific objective and articulable facts and reasonable inferences drawn from those facts in light of experience.  Reasonable suspicion may be based on, but is not limited to the following: (1) observable phenomena such as direct observation of drug use and/or the physical symptoms or manifestations of being under the influence of a drug or alcohol; (2) abnormal conduct or erratic behavior while at work, absenteeism, tardiness, or deterioration in work performance; (3) a report of drug or alcohol use provided by reliable and credible sources and which has been independently corroborated; (4) evidence that an individual has tampered with a drug or alcohol test during his employment with the City;  (5) information that an employee has caused or contributed to an accident while at work; or (6) evidence that while working or while on the city's premises or operating the City's vehicle, machinery or equipment.

3.  An employee may be required to submit to neutral selection drug and alcohol tests.

**Consequences of Refusing to Submit to a Drug and Alcohol Test**

The City may refuse to hire any job applicant who refuses to submit to a drug and alcohol test. The City may discipline any employee for refusing to submit to a drug and alcohol test authorized under the City's Drug and Alcohol Free Workplace Policy, and such discipline may include discharge.


FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Contesting the Accuracy of a Positive Confirmed Drug and Alcohol Test Result

An employee who has received a positive confirmed drug and alcohol test result may contest the accuracy of the result or explain it to the City.

List of Drugs for Which the City May Test

The City may test for marijuana, cocaine, opiates, amphetamines, phencyclidine, and alcohol.

Federal Drug-Free Workplace Notice

The City provides a drug-free workplace under the provisions of the Federal Drug-Free Workplace Act. The City also has established a drug-free awareness program to inform employees about the dangers of abuse in the workplace, the City's policy of maintain a drug-free workplace, any available drug counseling, rehabilitation, and employee assistance programs, and the penalties which may be imposed upon employees for drug abuse violations. Further, the City has made it a requirement that each employee as a condition of employment will be given a copy of the City's Drug and alcohol Free Workplace Policy, setting out the items identified above as required by the Federal Drug-Free Workplace Act. The City has further notified each employee that as a condition of employment the employee must: (a) abide by the terms for the City's Drug and Alcohol Free Workplace Policy and the Federal Drug Free Workplace Act, including those requirements set out above, and (b) notify the City of any criminal drug statue conviction for a violation occurring in the workplace no later than five (5) calendar days after such conviction.

## S. PROCEDURES FOR THE DRUG AND ALCOHOL FREE WORKPLACE POLICY

### I. Definitions for the City's Drug and Alcohol Free Workplace Policy

1. "Drug" means an illegal drug or prescription or non-prescription medication.
2. "Prescription or non-prescription medication" means a drug prescribed for use by a duly licensed physician, dentist, or other medical practitioner licensed to issued prescriptions or a drug that is authorized pursuant to federal or state law for general distribution and use without a prescription in the treatment of human diseases, ailments or injuries.
3. "illegal drug" means any substance, other than alcohol, having psychological or/and physiological effects on a human being and that is not a prescription or non-prescription medication, including controlled dangerous substances and controlled substance analogs or volatile substance which produce the psychological and/or physiological effects of a controlled dangerous substance through deliberate inhalation.
4. "Alcohol" means ethyl alcohol.
5. "Neutral Selection Basis" means a mechanism for selecting employees for drug test that (1) results in an equal probability that any employee from a group of employees subject

36.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

To the selection mechanism will be selected, and (2) does not give any employer discretion to waive the selection of any employee selection under the mechanism.

6. "Specimen" means a tissue or product of the human body chemically capable of revealing the presence of drugs or their metabolites in the human body.

7. "Chain of custody" refers to procedures to account for the integrity of each urine specimen and each blood specimen by tracking its handling and storage from point of specimen collection to final disposition of the specimen.

8. "Drug and alcohol test" means a chemical test administered for the purpose of determining the presence or absence of a drug or metabolites in a person's body fluids.

9. "Initial test" means initial drug test to determine the presence or absence of drugs or their metabolites in a specimen.

10. "Confirmation test" means a drug and alcohol test on a specimen to substantiate the result of a prior drug and alcohol test on the specimen. The confirmation test must use an alternative method of equal or greater sensitivity than that used in the previous drug and alcohol test.

11. " Medical review officer" is a licensed physician responsible for receiving laboratory results generated by the City's drug and alcohol program who has knowledge of substance abuse disorders and has appropriate medical training to interpret and evaluate an individual's positive test result together with his or her medical history and any other relevant bio-medical information.

12. "Employee assistance program" means a program provided by an employer offering assessment, short term counseling and referral services to employees, including drug, alcohol and mental health programs.

## II. Drugs for Testing

The City may include in its drug and alcohol testing protocols marijuana, cocaine, opiates, amphetamines, phencyclidine, and alcohol. No testing for a controlled substance other than those specifically named above will occur unless the United States Department of Health and Human Services has established an approved protocol and positive threshold for each such substance and this approved protocol has been adopted by the Mississippi Department of Health.

## III. Specimens

Body specimens for drug and alcohol testing are as follows:

1. For test for drugs, urine or hair follicle testing will be used for initial and confirmation test.

2. For test for alcohol, breath and/or saliva will be used for initial test; and blood will be used for confirmation tests.

## IV. Collection and Testing

1. The City will contact with manufactures, vendors, or other providers of drug and alcohol testing devices, or with a certified laboratory, for initial, on-site drug and alcohol testing of employees to:

      a. Train and certify City employees implementing the drug and alcohol


FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Testing program with regard to collection of specimens and administration of initial test; or
b. Provide the City with certified personnel to collect specimens and administer the initial test.

2. The City may designate employees for training and certification by the Mississippi State Department of Health to qualify them to collect specimens and conduct on-site drug and alcohol test.

3. The following individuals may collect specimens for a drug and alcohol test:
   a. A physician, a registered nurse or a licensed practical nurse;
   b. A qualified person employed by a certified laboratory; or
   c. An employee or an independent contractor of the City who has been trained and certified as indicated above.

4. Collection of specimens will be done in a sanitary environment and under reasonable conditions to preserve the dignity of the employee or job applicant being tested.

5. Specimens will be collected in a manner to prevent specimen substitution and interference with the collection or testing of the specimens.

6. If the City performs onsite drug and alcohol test or specimen collection, the City will establish chain-of-custody procedures to ensure proper record keeping, handling, labeling and identification of all specimens to be tested.

7. If the City performs specimen collection, the City will document the specimen collection, including the following septs:
a. Label the specimen container clearly to prevent erroneous identifications of test results; and
b. Allow the employee or job applicant an opportunity to provide information which he or she considers relevant to the test, including identification of currently or recently used prescription or nonprescription drugs or other relevant medical information. This information will be taken into account when interpreting any positive confirmed results but will not prevent the test from being given.

8. Specimen collection, storage, and transportation to the testing site will be conducted to prevent contamination or adulteration.

9. If the City performs specimen collection, the person who collects or takes a specimen will collect enough for two (2) drug and alcohol tests.

10. When the City requires current employees to submit to a drug and alcohol test, the testing will occur during or immediately after the regular work period of the employees, and the time utilized will be considered work time for purposes of determining compensation and benefits for the current employees.

38.


FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

11. Specimen testing for drugs will conform to scientifically accepted analytical methods and procedures as outlined below.

12. Even if the City conducts on-site initial drug and alcohol test, the City will contract with a certified laboratory to conduct confirmation test on specimens which produce a positive result in the initial on-site test.

13. The City will pay for the costs of all drug and alcohol test and accompanying results which the City request or requires an employee or job applicant to take.

IV. Information, interviews, reports, statements, memoranda and test results, written or otherwise, received by the City through its Drug and Alcohol Free Workplace Policy are confidential communications. Any information obtained by the City pursuant to its Drug and Alcohol Free Workplace Policy is the property of the City. The confidentiality provisions contained in this Drug and Alcohol Free Workplace do not apply to other information or parts of an employee's or job applicant's personnel or medical files.

2. Information related to drug and alcohol test results will not be released to any individual, other than the employee or job applicant, or City medical, supervisory or other personnel, as designated by the City on a need to know basis, unless:
a. The employee or job applicant has expressly, in writing, granted permission for the City to release such information;
b. It is necessary to introduce a positive confirmed test result into arbitration proceeding, provided that the information is relevant to hearing or proceeding, provided that the information is relevant to the hearing or proceeding, or the information must be disclosed to a federal or state agency or other unit of a state or the United States government as required under law, regulation or order, or disclosed in accordance with compliance requirements of a state or federal government contact, or disclosed to a drug abuse rehabilitation program for the purpose of evaluation or treatment of an employee; or
c. There is a risk to public health or safety that can be minimized or prevented by the release of such a risk is immediate, a court order permitting the release shall be obtained prior to the release of the information.

3. If an employee refuses to sign a written consent form for release of information to persons permitted under the Drug and Alcohol Free Workplace Policy or any other applicable law, the City may discipline or discharge the employee.

V. Action by the City Based on Positive Test Results or Refusal to Submit to Drug and Alcohol Testing

The City may discipline, up to and including discharge, an employee who has had a confirmed positive test result. If a job applicant refuses to submit to drug and alcohol testing, the City may refuse to hire the job applicant. If an employee refuses to submit to drug and alcohol testing, the City may discipline the employee, up to and including discharge, or refer the employee to a drug abuse assessment, treatment and rehabilitation program at a site certified by the State of Mississippi Department of Mental Health.

39.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

**This handbook is not a contract, express or implied, and it does not alter your employment "at will" status. Nothing in this handbook should be construed as a guarantee of continued employment. Your employment may be terminated at any time, for any reason, with or without cause, with no advance prior notice. Likewise, you may terminate your employment at any time for any reason without prior notice.**

Federal Drug Free Workplace Program

1. The City provides a drug – free workplace under the provisions of the Federal Drug-Free Workplace Act. Accordingly, the City has implemented a policy prohibiting the unlawful manufacture, distribution, dispensation, possession or use of a controlled substance in the workplace and indicating that actions which may be taken for such violations may include discipline up to and including termination from employment.

Awareness
2. The City also has established a drug free awareness program to inform employees about the dangers of drug abuse in the workplace. The City's policy of maintaining a drug-free workplace, any available drug counseling, rehabilitation and employee assistance programs, and the penalties which may be imposed upon employees for drug abuse violations.

Notice to Employees
3. Further, the City has made it a requirement that each employee as a condition of employment will be given a copy of the City's Drug and Alcohol Free Workplace Policy, setting out the items identified above as required by the Federal Drug-Free Workplace Act.

Additional Employee Obligations
4. The City has further notified each employee that as a condition of employment the employee must:
a. abide by the terms of the City's Drug-Free Workplace Act provisions, including those requirements set out above; and
b. notify the City in writing of any criminal drug statue conviction for a violation occurring in the workplace no later than five (5) calendar days after such conviction.

Notice of Federal Government
5. The City will provide notice, including position title, to any federal government contracting agency or federal government granting agency and to every grant officer or other designee on whose grant activity the convicted employee was working, unless the federal agency has designated a central point for the receipt of such notices, within ten (10) calendar days after receiving notice by an employee or otherwise of a criminal drug statute conviction for a violation occurring in the workplace. The notice will include the identification number(s) of each affected grant.

Termination/Discipline/Assistance
6. Within thirty (30) calendar days of receiving notice of an employee's conviction for a violation of a criminal drug statue occurring in the workplace, the City will either:
a. take appropriate personnel action against such employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

40.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

b. require such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency.

7. If an employee is terminated for such a conviction, no further participation in drug abuse assistance or rehabilitation will be required.

8. The city will make a good faith effort to maintain a drug-free workplace program through the implementation of the terms set forth above.

9. The city may elect to terminate you if you receive any type of criminal charge.

## SECTION 4 DISCIPLINARY ACTION/GRIEVANCES AND APPEALS

The Mayor and Board of Alderman require that all forms of discipline and corrective action adhere with dues process. Supervisory employees and/or Department Heads shall exercise corrective action when an employee violates established rules of appropriate conduct or is in violation of this handbook. Such corrective action shall be in accordance with the policies and procedures establish herein. Distinguishes may be made by supervisory personnel and/or Department head employees between more serious and les serious action of misconduct and provide corrective action accordingly.

**Nothing in this handbook should be construed as a guarantee of continued employment. Your employment may be terminated at any time, for any reason, with or without cause, with no advance prior notice. Likewise, you may terminate your employment at any time for any reason without prior notice.**

## A. DISCIPLINARY ACTION

The Department head or designated representative shall take action to formally discipline an employee who is guilty of an offense. The Mayor may also issue disciplinary actions and/or take other corrective measures as necessary without prior action by the department head or designee. An employee may be placed on immediate suspension with or without pay pending resolution of the matter or a hearing on the matter. Any employee placed on suspension without pay may be eligible for restitution pending the outcome of said hearing.

The Department head, or supervisory employee, shall maintain a written record of the disciplinary action he or she takes. Such written documentation shall be turned into the city Clerk prior to corrective action being enforced.

The governing authority or designated representative may attempt to correct unacceptable behavior by issuing a verbal warning and/or counseling and/or other appropriate informal means, whenever practical, prior to taking formal action against an employee. The governing authority or designated employee shall maintain a written record of such verbal warning or other inform action taken.

41.


FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

B. ACTIONS/MISCONDUCT RESULTING IN DISCIPLINARY ACTIONS:

Violation of any of the following offences shall result in discipline which may take the form of a verbal warning placed in your file, a written warning, and suspension without pay, termination or any actions/misconduct that can result in discipline.

1. Carrying or bringing a weapon or firearm on City property without proper authorization (on or off duty).

2. The use, possession or sale of intoxicating beverages, marijuana, or other illegal drugs on duty, or off, or working under the influence of any of these substances.

3. Stealing, embezzlement, dishonesty, falsification of records or willful misrepresentation of facts.

4. Fighting and physical violence or disturbance on City property or at any place at which work is being performed by or for the City, (on or off duty).

5. Destruction, abuse, removal, or attempted removal of property or materials of the City or of another employee.

6. Insubordination.

7. Falsifying a timecard or punching another employee's timecard, or tampering with another employee's timecard.

8. Absence from work without notifying your Department Head.

9. Acceptance of money or other valuable consideration given with the intent of influencing an employee in the performance of his official duties.

10. An additional violation of any City rule or policy after receipt of two previous written warnings within the preceding twelve months.

11. Failure to call in or report an absence to your department on the day the absence begins.

12. Excessive tardiness/absenteeism. (Determined on a case by case basis).

13. Violation of or refusal to comply with, an established law or regulation when such conduct impairs the effectiveness of the City or brings it into public disrepute.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

14. Improper use of a position or of authority for personal gain or advantage.

15. Discourtesy to the public.

16. Failure to punch a time card.

17. Failure to report to work or leaving work without a satisfactory reason.

18. Tampering, interfering or deceptive actions in your or another employee's drug test.

19. Willful and negligent violation of safety rules.

20. Becoming delinquent of taxes, assessments or other obligations owed to the City.

C. WHO MAY FILE A GRIEVANCE

A City of BOONEVILLE employee, not on probation, may file a grievance on those issues listed in Part D of this Section through grievance procedure.

A probationary employee may grieve only alleged acts of discrimination or harassment based on race, color, creed, religion, national origin, sex, age, disability, immigrant or non-immigrant status, veteran status, uniformed military service status or political affiliation in any personnel action or employment practice.

There will be no retaliation for filing a grievance. If you believe you have been threatened with retaliation or have actually been retaliated against, report this to the City Clerk immediately.

D. GRIEVABLE ISSUES

The following issues are grievable under the department grievance procedure:

1. Disciplinary actions, including reprimands, demotions, terminations and suspensions;
2. Acts of reprisal against an employee for using the grievance procedure;
3. Complaints of discrimination or harassment on the basis of race, color, sex, creed, religion, national origin, immigrant or non-immigrant status, age, disability, uniformed military service status, veteran status or political affiliation.

E. NON-GRIEVABLE ISSUES
The following are non grievable issues under the department grievance procedure:
1. Issues that are pending or have been concluded by direct appeal through administrative or judicial procedures;

43.


FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

2. Temporary work assignments that do not exceed ninety (90) calendar days;

3. Budget and organizational structure, including the number or assignment of employees or positions in any department;

4. Performance standards and performance elements established as criteria for performance appraisal;

5. the selection of an individual by the governing authority, department head, or designee to fill a position through promotion, transfer, demotion, or appointment unless it is alleged that selection is in violation of a written Department policy or of a Mayor and Board of Alderman rule on filing vacancies;

6. Internal security practices established by the city, department head, or designee;

7. Termination, layoff or transfer from duties because of shortage of funds or work, material change in duties or organization or a merger of agencies or order of the Mayor a Board of Alderman

8. Any matter which is not within the jurisdiction or control of the city;

9. The content of published Department policy;

10. An action by a Department pursuant to federal law or directives from the Governor's office or court order;

11. Establishment and revision of the compensation plan, and the policies, procedures, rul.es and regulations pertaining thereto;

12. Position classifications;

13. Employee benefits;

14. Application of personnel policies, procedures, rules, regulations;

15. Any matter of concern or dissatisfaction to an employee if the matter is subject to control of Department management, except those listed in the preceding section as grievable.

## F. GENERAL INFORMATION

If the employee does not present the grievance within the specified time frame, it is considered waived.

If the employee does not advance the grievance to the next step within the specified time frame, the last decision stands.

If management does not react within the specified time frame, the employee may advance the grievance to the next level unless an extension of time is granted to management to respond by written mutual agreement.

All time limits may be extended by mutual written agreement.

It is the responsibility of the aggrieved employee's Department Head, to make certain that all grievances are handled as quickly as possible and without prejudice.

44.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## G. GRIEVANCE PROCEDURAL STEPS

### Step I.

A. An employee who has a grievable complaint arising from an action on inaction subject to the control of management must identify the grievance in writing with his or her department head within three (3) working days of becoming aware of the cause of the complaint. The written statement of the grievance should contain the name, address, and telephone number of the individual filing the grievance; the name of the employee, identity of the Department; the date; a brief and specific description of the situation, incident, or condition being grieved and reasons therefore; identity of witnesses, if any; the remedy or relief of the individual is seeking and the signature of the individual filing the grievance and properly dated by this individual.

B. The department head will have three (3) working days from the date of receiving the grievance statement to inform the employee, in writing, of his or her answer. The department head shall write a memorandum for record and have the aggrieved employee sign it.

### Step II.

A. If not satisfied with the Step I written decision, the employee may indicate the desire to have the grievance advanced to the next step. The grievance must be submitted to the Mayor within three (3) working days following receipt of the Step I department head's response.

B. The Mayor is required to conduct an investigation of the grievance and may meet with the aggrieved employee within three (30) working days after receipt of the grievance form. The meeting, if necessary, will be informed.

C. The Mayor is required to give the employee a written response within three (3) working days after this informal interview detailing his decision.

### Step III.

A. If the Step II is not acceptable to the employee, the employee may specify in writing the desire to advance the grievance to the third step. To do so, the employee must forward the grievance to the City Clerk within three (3) working days after receipt of the Mayor's response in Step II.

B. The Board of Alderman may conduct a hearing into the grievance and shall make a decision by the next regularly scheduled board meeting as to such cause. The Boards decision shall be final.

If the grievance is filed by a Department Head, only Step II and Step III apply.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

## H. SPECIAL GRIEVANCE PROCEDURE FOR SEXUAL HARASSMENT AND WORKPLACE HARASSMENT

Any probationary employee, permanent employee, alleging sexual workplace harassment, including harassment based upon sex, color, creed, religion, national origin, immigrant or non-immigrant status, age, disability, uniformed service status or veteran status, may:

1. File a grievance with their department head in accordance with the standard Grievance Procedural Steps.
2. If the source of the harassment is the employee's Department Head, the employee may skip a level of management by proceeding to Step Two and filing the grievance directly with the Mayor.
3. File the grievance with the Board of Alderman.

Regardless of outcome, all grievances alleging sexual harassment shall be forwarded to the governing authority. There will be no retaliation for filing a grievance for workplace harassment. Any grievance will be investigated. While the City will attempt to maintain the confidentiality of the grievant to the extent possible, some disclosure will have to be made as part of the investigation. If any sexual or workplace harassment is determined to have occurred, prompt remedial action will be taken to remedy such conduct.

## I. SPECIAL AMERICANS WITH DISABILITIES ACT (ADA) GRIEVANCE PRODCEDURE

1. Any applicant for an employment position or employee who has reason to believe that they have been unlawfully discriminated against by a Department on the basis of disability may file a grievance in accordance with this Grievance Procedure. Implementation of this Grievance Procedure is not intended to prohibit an applicant or Department employee from utilizing the existing grievance procedures. Grievant are not required to exhaust this Special ADA Grievance Procedure prior to filing a complaint with an applicable federal Department.

2. The Grievance Procedure begins with the individual who I filing the grievance, by preparing and submitting a written statement  The statement should contain the name, address, and telephone number  of the individual or authorized representative filing the complaint ; a brief and specific description of the situation, incident, or condition being grieved and reasons therefore; identity of the grievant; identity of witnesses, if any; the remedy the individual is seeking; and the signature of the individual filing the grievance properly dated by this individual.

3. The grievance should be submitted to the City Administrator/CAO within seven (7) workdays after the alleged violation of the grievance.

4. The City Administrator/CAO will have three (3) workdays to provide to the grievant a written acknowledgement of the grievance.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

5. The City Administrator/CAO will promptly conduct a review of the issues involved in the grievance to ascertain whether or not an informal resolution of the grievance can be achieved. If an informal resolution is possible and mutually agreeable by the parties involved, the City Administrator/CAO will facilitate arrangement of the resolution and make a record of this agreement. If no informal resolution is possible, the City Administrator/CAO will conduct an investigation of the grievance and provide a written response to the grievant outlining possible accommodations, if any, for resolution of the grievance. This response shall be approved by the Mayor and must be completed no later than fifteen (15) workdays from the Departments' receipt of the grievance.

6. If a grievance is not presented within the time lines as set forth hereinabove, it will be considered waived absent an extension by written mutual consent. If the City Administrator/CAO does not answer or acknowledge receipt of the grievance as denied at that point and immediately appeal the grievance to the Board of Alderman unless an extension of time is granted to the City Administrator/CAO to respond by written mutual agreement.

## SECTION 5. CITY POLICY

**IT IS THE CITY POLICY that this handbook is not a contract, express or implied, and it does not alter your employment "at will" status. Nothing in this handbook should be construed as a guarantee of continued employment. Your employment may be terminated at any time, for any reason, with or without cause, with no advance prior notice. Likewise, you may terminate your employment at any time for any reason without prior notice.**

This policy may not be modified by any statements contained in this manual or any other employee handbooks, employment applications, recruiting materials, other materials provided to applicants and Employees' in connections with their employment. None of these documents, whether singly or combined, is to create an express or implied contract of employment for a definite period nor an express or implied contact concerning any terms or conditions of employment. Similarly, the City's policies and practices with respect to any matter are not to be considered as creating any contractual obligation on the City's part or as stating in any way that termination will occur only "for cause". Statements of specific grounds for termination set forth in this manual as in any other documents are examples only, not all-inclusive list, and are not intended to restrict the City's right to terminate at will.

47.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

# CITY OF BOONEVILLE, MISSISSIPPI
# EMPLOYEE HANDBOOK

The employee handbook describes important information about the City of Booneville, and I understand that I should consult LaVaile Shields regarding my questions not answered in the handbook. I have entered into my employment relationship with the City of Booneville voluntarily and acknowledge that there is no specified length of employment.

## ACCORDINGLY, EITHER THE CITY OF BOONEVILLE OR I CAN TERMINATE THE RELATIONSHIP AT WILL, WITH OR WITHOUT CAUSE, AT ANY TIME, SO LONG AS THERE IS NO VIOLATION OF APPLICABLE FEDERAL OR STATE LAW.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur. All such changes will be communicated through official notices, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the Mayor and Board of Aldermen for the City of Booneville has the ability to adopt any revisions to the policies in this handbook.

Furthermore, I acknowledge that this handbook is neither a contract of employment. I have received the handbook, and I understand that is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

Signed: _____

Date: _____/_____/_____

48.



FILED

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK

Fire Chief: Michael Rutherford

**Booneville Fire Department**
203 North Main St
Booneville, Ms 38829

Phone: 662-728-4
662-728-B

June 28, 2019

To Whom It May Concern:

On 6/13/19, I was informed by Battalion Chief Mike Kilgore that Lt. Kris Mathews was not at work. BC Kilgore told me that one of the off-duty Firemen Jeremy Childress said he would stop by Lt. Mathews home on his way home after hearing about Lt. Mathews was not at work. FF Childress called Lt. Brian Goecke back and told him Lt Mathews wife came to the door and said she had forgot to call that morning and that Lt. Mathews was still in bed sick and having heart problems. Lt. Goecke called Main Station and told Capt. Ty Weatherbee.

I talked to Lt. Mathews the following day when he called me and he explained he had heart problems during the night and was sick. He brought a doctor's statement. I informed him that BC Kilgore wrote him up for not calling in that morning. I told him he was not going to get paid for that day.

_____

Michael Rutherford
Booneville Fire Department

Sent from my iPhone

*Exhibit P*

**FILED**

JUL 0 8 2019

MIKE KELLEY
CIRCUIT CLERK