# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**KRISTOPHER DANIEL MATHEWS**                               **PLAINTIFF**

**V.**                                                                            **NO. 1:19-CV-137-DMB-DAS**

**CITY OF BOONEVILLE, MISSISSIPPI,**
**et al.**                                                                                  **DEFENDANTS**

## ORDER

On June 25, 2020, the City of Booneville filed a motion to amend the briefing schedule based on the recent docketing of certain board minutes which were omitted from the record of appeal. Doc. #21. On June 26, 2020, the plaintiff filed a motion to strike the board minutes. Doc. #24. Two days later, the plaintiff filed a response in opposition to the motion to amend. Doc. #26. The plaintiff's response to the motion to amend argues that because the board minutes should be stricken, a modification of the briefing schedule is unnecessary. *Id*. at 3–4.

Because the deadline for the City to respond to the plaintiff's appellate brief is currently July 3, 2020,[1] the Court concludes that expedited briefing is warranted on the motion to strike (which is indisputably dispositive of the motion to amend). Accordingly, the deadline to respond to the motion to strike is June 30, 2020. The deadline to reply in support of the motion to strike is July 1, 2020.

**SO ORDERED**, this 29th day of June, 2020.

                                                                                  /s/Debra M. Brown
                                                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #27.